Jeffery Hoffman, SBN: 118768
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1160 N. Dutton Avenue, Suite 105
Santa Rosa, CA 95401
Telephone: (707) 528-9941; Fax: (707) 528-0125
Email: jhoffmn@crla.org

Melissa A. Morris, SBN: 233393
Michael Rawson, SBN: 95868
PUBLIC INTEREST LAW PROJECT
449 15th Street, Suite 301
Oakland, CA  94612
Telephone: (510) 891-9794; Fax: (510) 891-9727
Email: mrawson@pilpca.org
Email: mmorris@pilpca.org

Alicia Roman, SBN:  260101
LAW OFFICE OF ALICIA ROMAN
719 Orchard Street
Santa Rosa, CA  95404
Telephone:  (707) 526-4100; Fax:  (707) 573-1094
Email: aliciaromanlaw@yahoo.com

Attorneys for Plaintiffs

Additional Counsel on signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Robert Singleton, Samantha Jenkins, Nicholle Vannucci, Ellen Brown and Deborah Drake, *individuals;* and Homeless Action!, *an unincorporated association*,<br><br>            Plaintiffs,<br>    v.<br><br>County of Sonoma, Sonoma County Community Development Commission, City of Santa Rosa, Does 1 to XX,<br><br>            Defendants. | Case No.:  3:18-cv-01955-VC<br><br>**NOTICE OF MOTION and EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on March 30, 2018 Plaintiffs Steven Robert Singleton,

-1-

1  Nicholle Vannucci, Ellen Brown, Deborah Drake, Samantha Jenkins and Homeless Action!
2  (plaintiffs") hereby move this court, and seek immediate review pursuant to Rule 65 of the
3  Federal Rules of Civil Procedure, of their motion for a temporary restraining order enjoining and
4  restraining Defendants Sonoma County, Sonoma County Community Development Commission
5  and City of Santa Rosa ("Defendants"), and all persons acting in concert with it or under its
6  direction, from:

7      1.    Enforcing the Notice to Vacate Illegal Campsite/Lodging on Plaintiffs and all
8  others residing in the Roseland Encampments, homeless encampments located at located at 665 to
9  883 Sebastopol Road in the City of Santa Rosa issued on March 7, 2018 until such time as the
10 Court determines that Defendants have provided sufficient and appropriate shelter placements to
11 residents of the Roseland Encampments, including placements that meet the disability-related
12 needs of Roseland Encampments residents with disabilities.

13     2.    Seizing and disposing of Roseland Encampments residents' property in violation
14 of their Fourth and Fourteenth amendment rights; and

15     3.    Citing or arresting individuals at the Roseland site for violation of the Santa Rosa
16 City Code Sec. 11-22-.30; California Penal Code Sec. 647(e) and California Penal Code Sec. 602

17 Plaintiffs further move this Court for an order directing Defendants to show cause at a
18 time and date why it should not be preliminarily enjoined and restrained as set forth above.
19 This motion is made on the following grounds: (1) Plaintiffs are likely to prevail on the merits of
20 the action, or at the least, have raised serious Constitutional questions as to Defendants'
21 threatened conduct; (2) in the absence of injunctive relief, Plaintiffs will suffer irreparable injury;
22 (3) the balance of hardships tip sharply in Plaintiffs' favor; and (4) the public interest would be
23 served by issuance of the temporary restraining order.

24 This motion is based upon this notice and motion, the Plaintiffs' Complaint, the
25 Memorandum of Points & Authorities in Support of Plaintiffs' Motion for Temporary Restraining
26 Order, the declarations and exhibits submitted in support of the motion, and such other matters as
27 the Court may properly consider. Hearing on this motion, if any, shall be at such date and time as
28 may be ordered by United States District Court Judge Vince Chhabria, to whom this case is

assigned.

Dated:  March 30, 2018		CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
					PUBLIC INTEREST LAW PROJECT
					LAW OFFICE OF ALICIA ROMAN
					By:__\s\ JEFFERY HOFFMAN_____
						Attorneys for the Plaintffs

**Additional Counsel**

Cynthia L. Rice, SBN: 87630
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin Street, Suite 103
Oakland, CA 94612
Telephone: (510) 267-0762; Fax: (510) 267-0763
Email: crice@crla.org

Ilene J. Jacobs, SBN: 126812
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street / P.O. Box 2600
Marysville, CA 95901
Telephone: (530) 742-7235; Fax: (530) 741-0854
Email: ijacobs@crla.org