UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH DRAKE, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>COUNTY OF SONOMA, et al.,<br>　　　　Defendants. | Case No. 18-cv-01955-VC<br><br>**ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**<br>Re: Dkt. No. 9 |

　　　　The plaintiffs, the County of Sonoma, and the Sonoma County Community Development Commission are ordered to appear for a hearing on the plaintiffs' motion for a temporary restraining order on Thursday, April 5, 2018 at 10:00 a.m. Further details about the hearing will be provided in a subsequent order.

　　　　Through Thursday, the defendants are temporarily enjoined from enforcing the notice to vacate at the Roseland encampments.

　　　　**IT IS SO ORDERED.**

Dated: April 2, 2018

_____

VINCE CHHABRIA
United States District Judge