UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH DRAKE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-01955-VC<br><br>**ORDER RE HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER** |

At the hearing on Thursday, April 5, 2018, the parties should be prepared to address the following issues through live witness testimony:

- What housing options are currently available to each of the named plaintiffs? Have Ms. Drake, Ms. Jenkins, and Mr. Singleton relocated to permanent supportive housing?

- The filings indicate that approximately half of the people living at the Roseland encampments were not assessed by the Navigation Center. Why were these people not assessed? If enforcement of the notice to vacate is not enjoined, what housing options are available for the individuals who were not assessed?

- The Community Development Commission states that shelter facilities are able to accommodate individuals with disabilities. The Commission's witnesses should be prepared to explain the nature of the accommodations these facilities are able to provide.

- What are the Commission's upcoming deadlines for the Roseland Village development?

**IT IS SO ORDERED.**

Dated: April 3, 2018

_____
VINCE CHHABRIA
United States District Judge