# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

DEBORAH DRAKE, et al.,

    Plaintiffs,

v.

COUNTY OF SONOMA, et al.,

    Defendants.

Case No. 18-cv-01955-VC

**ORDER RE BUILDING ACCESS**

So long as they are accompanied by counsel, Nicholle Vannucci and Steven Robert Singleton may enter the courthouse on April 5, 2018 regardless of whether they have current photo identification.

**IT IS SO ORDERED.**

Dated: April 4, 2018

VINCE CHHABRIA
United States District Judge