SUE A. GALLAGHER, City Attorney (SBN 121469)
ROBERT L. JACKSON, Assistant City Attorney (SBN 101770)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendant City of Santa Rosa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - San Francisco Division

| | |
|---|---|
| NICHOLLE VANNUCCI, ELLEN BROWN, and SHANNON HALL, individuals; and HOMELESS ACTION!, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION, CITY OF SANTA ROSA, and DOES I to XX,<br><br>Defendants.<br>_____/ | CASE NO. 3:18-CV-01955-VC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT CITY OF SANTA ROSA'S REQUEST FOR AN EXTENSION OF TIME TO FILE AN ANSWER TO THE AMENDED COMPLAINT AND SUPPLEMENTAL COMPLAINT**<br><br>Judge: The Hon. Vince Chhabria |

The parties respectfully present the following stipulation and order:

**STIPULATION**

All parties through their counsel stipulate that defendant CITY OF SANTA ROSA shall file an Answer to the Amended Complaint and Supplemental Complaint by no later than November 8, 2018.

//

//

//

| | | |
|---|---|---|
| 1 | DATED: October 8, 2018 | SUE A. GALLAGHER<br>City Attorney |
| 2 | | |
| 3 | | By: ___/s/_____<br>ROBERT L. JACKSON |
| 4 | | Assistant City Attorney<br>Attorneys for Defendant |
| 5 | | City of Santa Rosa |
| 6 | DATED: October 10, 2018 | BRUCE D. GOLDSTEIN<br>County Counsel |
| 7 | | |
| 8 | | By: ___/s/_____<br>CHRISTOPHER MAGAÑA |
| 9 | | Attorneys for Defendants<br>County of Sonoma; Sonoma County |
| 10 | | Community Development Commission |
| 11 | DATED: October 10, 2018 | CALIFORNIA RURAL LEGAL ASSISTANCE INC. |
| 12 | | |
| 13 | | By: ___/s/_____<br>JEFFERY R. HOFFMAN<br>Attorneys for Plaintiffs |

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Robert L. Jackson, attest that I have obtained concurrence in the filing of this document from the other signatories listed here.

**[PROPOSED] ORDER**

Pursuant to the stipulation of all parties, defendant CITY OF SANTA ROSA shall file an Answer to the Amended Complaint and Supplemental Complaint no later than November 8, 2018.

DATED: _____            _____
                                        Honorable Vince Chhabria
                                        United States District Court Judge