1  SUE A. GALLAGHER, City Attorney (SBN 121469)
   ROBERT L. JACKSON, Assistant City Attorney (SBN 101770)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404
   Telephone:  (707) 543-3040
4  Facsimile:   (707) 543-3055

5  Attorneys for Defendant City of Santa Rosa

6

7

8              **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA - San Francisco Division**

10

11  NICHOLLE  VANNUCCI, ELLEN            CASE NO. 3:18-CV-01955-VC
    BROWN, and SHANNON HALL,
12  individuals; and HOMELESS ACTION!,   **CITY OF SANTA ROSA'S ANSWER**
    an unincorporated association,       **AND AFFIRMATIVE DEFENSES**
13
                    Plaintiffs,
14
             v.
15                                       **DEMAND FOR JURY TRIAL**
    COUNTY OF SONOMA, SONOMA
16  COUNTY COMMUNITY
    DEVELOPMENT COMMISSION, CITY
17  OF SANTA ROSA, and DOES I to XX,

18                  Defendants.
                                    /
19

20          Defendant, CITY OF SANTA ROSA, Answers plaintiff's Verified Amended Complaint

21  and Supplemental Complaint, as follows:

22                          **INTRODUCTION**

23          1.      Answering Paragraph 1 of the Supplemental Complaint, defendant City admits

24  that the Roseland Encampments were two homeless encampments that until April 20, 2018 were

25  located in Santa Rosa, California on a site owned by defendant Commission. As to the remaining

26  allegations in this Paragraph, defendant City lacks knowledge or information sufficient to form a

27  belief as to their truth or falsity and, on that basis, denies them.

28          2.      Answering Paragraph 2 of the Supplemental Complaint, defendant lacks

                                        1

1   knowledge or information sufficient to form a belief as to the motivations of plaintiffs in

2   bringing this lawsuit and, on that basis, denies the allegations in this paragraph.

3         3.      Answering Paragraph 3 of the Supplemental Complaint, defendant City lacks

4   knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in

5   this paragraph and on that basis denies the allegations in this paragraph.

6         4.      Answering Paragraph 4 of the Supplemental Complaint defendant City admits

7   Plaintiffs asked Defendants County and Commission to delay closure of the Roseland site.

8   Defendant City denies the remaining allegations in this paragraph.

9         5.      Answering Paragraph 5 of the Supplemental Complaint, defendant City admits

10  defendants County and Commission denied Plaintiffs' request to delay closure of the Roseland

11  site and further admits that Plaintiffs filed a motion for Temporary Restraining Order seeking to

12  halt closure of the Roseland encampments. Defendant City denies the remaining allegations in

13  this paragraph.

14        6.      Answering Paragraph 6 of the Supplemental Complaint, defendant City admits the

15  Court denied Plaintiffs' Motion for a Temporary Restraining Order and defendants County and

16  Commission closed the Roseland site on April 19 and 20,  2018. Defendant City denies the

17  remaining allegations in this paragraph.

18        7.      Answering Paragraph 7 of the Supplemental Complaint Defendant City lacks

19  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in

20  this paragraph and on that basis denies the allegations in this paragraph.

21                        **JURISDICTION AND VENUE**

22        8.      Answering Paragraph 8 of the Supplemental Complaint defendant City admits that

23  the Complaint purports to allege claims over which this Court has subject matter jurisdiction

24  under 28 U.S.C. §§ 1331 and 1343, 42 U.S.C. § 12132 and 42 U.S.C. § 1983.  Defendant City

25  denies the remaining allegations in this paragraph.

26        9.      Answering Paragraph 9 of the Supplemental Complaint, defendant City admits

27  that the Complaint purports to allege state law and state constitutional claims over which this

28  Court has supplemental jurisdiction under 28 U.S.C. § 1367. Defendant City denies the

remaining allegations in this paragraph.

10.    Answering Paragraph 10 of the Supplemental Complaint, defendant City admits the allegations therein.

## PLAINTIFFS

11.    Answering Paragraph 11 of the Supplemental Complaint, defendant City lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and on that basis denies the allegations in this paragraph.

12.    Answering Paragraph 12 of the Supplemental Complaint, defendant City denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 12 and on that basis denies them.

13.    Answering Paragraph 13 of the Supplemental Complaint, defendant City denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 13 and on that basis denies them.

14.    Answering Paragraph 14 of the Supplemental Complaint, defendant City denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 14 and on that basis denies them.

15.    Answering Paragraph 15 of the Supplemental Complaint, defendant City denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 15 and on that basis denies them.

16.    Answering Paragraph 16 of the Supplemental Complaint, defendant City denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 16 and on that basis denies them.

17.    Answering Paragraph 17 of the Supplemental Complaint, defendant City admits the allegations therein.

## DEFENDANTS

18.    Answering Paragraph 18 of the Supplemental Complaint, defendant City admits the allegations therein.

19.    Answering Paragraph 19 of the Supplemental Complaint, defendant City admits

the allegations therein.

20.     Answering Paragraph 20 of the Supplemental Complaint, defendant City admits that the Commission is responsible for administering the County's Coordinated Entry System, that  Coordinated Entry is the system by which homeless individuals access the County's shelter system and other services, including housing placement. Defendant City denies the remaining allegations in this paragraph and objects to the extent the remaining allegations attempt to state legal conclusions as facts or attempt to summarize federal law, regulations, or both, which exists and speaks for itself.

21.     Answering Paragraph 21 of the Supplemental Complaint, defendant City admits the allegations therein.

22.     Answering Paragraph 22 of the Supplemental Complaint, defendant City admits the allegations therein.

23.     Answering Paragraph 23 of the Supplemental Complaint, defendant City denies the CDC requested that the Santa Rosa Police Department remove Roseland encampment residents and their belongings from the Roseland site if those residents had not vacated by April 3, 2018.

24.     Answering Paragraph 24 of the Supplemental Complaint, defendant City admits that CDC employees participated in some conduct that is the subject of the Supplemental Complaint, but denies  that such conduct was "unlawful", denies the "acts complained of herein" constitute policies, practices or customs of the CDC, and denies the remaining allegations in this paragraph.

25.     Answering Paragraph 25 of the Supplemental Complaint, defendant City lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 25 and on that basis denies them.

26.     Answering Paragraph 26 of the Supplemental Complaint, defendant City admits the allegations therein.

27.     Answering Paragraph 27 of the Supplemental Complaint, defendant City denies the allegations in this paragraph.

4

28.     Answering Paragraph 28 of the Supplemental Complaint, defendant City admits the allegations therein.

29.     Answering Paragraph 29 of the Supplemental Complaint, defendant City admits the allegations therein.

30.     Answering Paragraph 30 of the Supplemental Complaint, defendant City admits the allegations therein.

31.     Answering Paragraph 31 of the Supplemental Complaint, defendant City denies the allegations in this paragraph.

## PROCEDURAL HISTORY

32.     Answering Paragraph 32 of the Supplemental Complaint, defendant City admits the allegations therein.

33.     Answering Paragraph 33 of the Supplemental Complaint, defendant City admits plaintiffs filed a Motion for Temporary Restraining Order on March 31, 2018.  As to the remaining allegations in this paragraph, defendant City lacks knowledge or information sufficient to form a belief as to the truth or falsity of those allegations  and on that basis denies them.

34.     Answering Paragraph 34 of the Supplemental Complaint, defendant City admits the Court ordered the parties to appear for a hearing on plaintiffs' motion for  a temporary restraining order on April 5 and entered an order temporarily enjoining defendants from enforcing the notice to vacate at the Roseland encampments through the date of the hearing.  As to the remaining allegations in this paragraph, defendant denies such allegations.

35.     Answering Paragraph 35 of the Supplemental Complaint, defendant City admits that the Court asked defendants County and Commission whether they would consider voluntarily postponing the closure of the Roseland Encampments for twenty-one days. As to the remaining allegations in this paragraph, defendant denies such allegations.

36.     Answering Paragraph 36 of the Supplemental Complaint, defendant City admits that defendants County and Commission scheduled the closure of the Roseland Encampments for April 19, 2018. Defendant City denies the remaining allegations in this paragraph.

37.     Answering Paragraph 37 of the Supplemental Complaint, defendant City admits

1    that the Court denied Plaintiffs Motion for Temporary Restraining Order on April 7, 2018

2    allowing the closure of the Roseland Encampments to move forward.

3        38.    Answering Paragraph 38 of the Supplemental Complaint, defendant City admits

4    that the plaintiffs filed an Amended Complaint on June 1, 2018.  Defendant City denies the

5    remaining allegations in this paragraph.

6        39.    Answering Paragraph 39 of the Supplemental Complaint, the Court's orders speak

7    for themselves.

8              **STATEMENT OF FACTS PREVIOUSLY PLED IN**

9                    **VERIFIED AMENDED COMPLAINT**

10       40.    Answering Paragraph 40 of the Supplemental Complaint, defendant City admits

11   that plaintiffs purport to cite information contained in the 2014 update to the 10-Year Homeless

12   Action Plan for the County, a document which speaks for itself.  As to the remaining allegations

13   in this paragraph, defendant City denies such allegations.

14       41.    Answering Paragraph 41 of the Supplemental Complaint, defendant City admits

15   that plaintiffs purport to cite information contained in the 2014 update to the 10-Year Homeless

16   Action Plan for the County, a document which speaks for itself.

17       42.    Answering Paragraph 42 of the Supplemental Complaint, defendant City admits

18   that the plaintiffs purport to cite information from a City resolution that speaks for itself.

19   Defendant City denies the balance of the allegations in this paragraph.

20       43.    Answering Paragraph 43 of the Supplemental Complaint, defendant City admits

21   that the plaintiffs purport to cite information from a City resolution that speaks for itself.

22   Defendant City denies the balance of the allegations in this paragraph.

23       44.    Answering Paragraph 44 of the Supplemental Complaint, defendant City admits

24   that the plaintiffs purport to cite information from a Homeless Point in Time Census that speaks

25   for itself. Defendant City denies the balance of the allegations in this paragraph.

26       45.    Answering Paragraph 45of the Supplemental Complaint, defendant City

27   resolutions regarding a homeless emergency speak for themselves.

28       46.    Answering Paragraph 46 of the Supplemental Complaint, defendant City admits

6

1   that the plaintiffs purport to cite information from a County Point in Time Census that speaks for

2   itself. Defendant City denies the balance of the allegations in this paragraph.

3       47.     Answering Paragraph 47 of the Supplemental Complaint, defendant City admits

4   that the plaintiffs purport to cite information from a County Point in Time Census that speaks for

5   itself. Defendant City denies the balance of the allegations in this paragraph.

6       48.     Answering Paragraph 48 of the Supplemental Complaint, defendant City denies

7   knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in

8   paragraph 48 and on that basis denies them.

9       49.     Answering Paragraph 49 of the Supplemental Complaint, defendant City admits

10  that the plaintiffs purport to cite information from a County Point in Time Census that speaks for

11  itself. Defendant City denies the balance of the allegations in this paragraph.

12      50.     Answering Paragraph 50 of the Supplemental Complaint, defendant City denies

13  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in

14  paragraph 50 and on that basis denies them.

15      51.     Answering Paragraph 51 of the Supplemental Complaint, defendant City denies

16  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in

17  paragraph 51 and on that basis denies them.

18      52.     Answering Paragraph 52 of the Supplemental Complaint, defendant City admits

19  that the plaintiffs purport to cite information from a Continuim of Care report that speaks for

20  itself. Defendant City denies the balance of the allegations in this paragraph.

21      53.     Answering Paragraph 53 of the Supplemental Complaint, defendant City denies

22  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in

23  paragraph 53 and on that basis denies them.

24      54.     Answering Paragraph 54 of the Supplemental Complaint, defendant City admits

25  that plaintiffs purport to quote a Santa Rosa City Council member's comments at a City Council

26  meeting.

27      55.     Answering Paragraph 55 of the Supplemental Complaint, defendant City denies

28  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in

1  paragraph 55 and on that basis denies them.

2      56.     Answering Paragraph 56 of the Supplemental Complaint, defendant City denies

3  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in

4  paragraph 55 and on that basis denies them.

5      57.     Answering Paragraph 57 of the Supplemental Complaint, defendant City denies

6  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in

7  paragraph 57 and on that basis denies them.

8      58.     Answering Paragraph 58 of the Supplemental Complaint, defendant City denies

9  knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in

10 paragraph 58 and on that basis denies them.

11     59.     Answering Paragraph 59 of the Supplemental Complaint, defendant City admits

12 that the Coordinated Entry System includes intake, assessment, and placement for homeless

13 individuals, and that the VI-SPDAT (Vulnerability Index-Service Prioritization Decision

14 Assistance Tool) is one of the assessment tools. Defendant City denies the balance of the

15 allegations in this paragraph.

16     60.     Answering Paragraph 60, defendant City admits that the Coordinated Entry

17 System uses the VI-SPDAT as one of the tools to determine whether an individual will be placed

18 on the waitlist for emergency shelter and/or transitional housing, for rapid rehousing services, for

19 permanent supportive housing.

20     61.     Answering Paragraph 61 of the Supplemental Complaint, defendant City denies

21 the allegations in this paragraph.

22     62.     Answering Paragraph 62 of the Supplemental Complaint, defendant City denies

23 the allegations in this paragraph.

24     63.     Answering Paragraph 63 of the Supplemental Complaint, defendant City denies

25 the allegations in this paragraph.

26     64.     Answering Paragraph 64 of the Supplemental Complaint, defendant City admits

27 that the plaintiffs purport to cite information from a Continuum of Care report that speaks for

28 itself. Defendant City denies the balance of the allegations in this paragraph.

65. Answering Paragraph 65 of the Supplemental Complaint, defendant City denies the allegations in this paragraph.

66. Answering Paragraph 66 of the Supplemental Complaint, defendant City lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 66 and on that basis denies them.

67. Answering Paragraph 67 of the Supplemental Complaint, defendant City lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 67 and on that basis denies them.

68. Answering Paragraph 68 of the Supplemental Complaint, defendant City lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 68 and on that basis denies them.

69. Answering Paragraph 69 of the Supplemental Complaint, defendant City lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 69 and on that basis denies them.

70. Answering Paragraph 70 of the Supplemental Complaint, defendant City admits that the Continuum of Care Coordinated Entry Policies and Procedures references participating agencies' duty to provide reasonable accommodations to individuals with disabilities. Defendant City denies the remaining allegations in this paragraph.

71. Answering Paragraph 71 of the Supplemental Complaint, defendant City admits that CDC is aware that many homeless individuals, including individuals living in encampments like the Roseland Encampments have severe mental health disabilities. Defendant City denies the remaining allegations in this paragraph.

72. Answering Paragraph 72 of the Supplemental Complaint, defendant City denies the allegations therein.

73. Answering Paragraph 73 of the Supplemental Complaint, defendant City denies the allegations therein.

74. Answering Paragraph 74  of the Supplemental Complaint, defendant City denies the allegations therein.

75.     Answering Paragraph 75 of the Supplemental Complaint, defendant City admits that plaintiffs purport to quotes figures from the Sonoma County Homeless Census Survey and the City of Santa Rosa Homeless Encampment Cleanup Pilot Program Frequently Asked Questions, which documents speak for themselves. Defendant City denies the remaining allegations in this paragraph.

76.     Answering Paragraph 76 of the Supplemental Complaint, defendant City admits that the City approved a Community Homeless Assistance Program (CHAP) and that plaintiffs purport to quote from a press release, which speaks for itself. Defendant City denies the remaining allegations in this paragraph.

77.     Answering Paragraph 77of the Supplemental Complaint, defendant City admits CHAPs has generated alternative shelter arrangements, but lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 77 and on that basis denies them.

78.     Answering Paragraph 78 of the Supplemental Complaint, defendant City admits that it has made new shelter beds available since 2016. Defendant City denies the remaining allegations in this paragraph.

79.     Answering Paragraph 79 of the Supplemental Complaint, defendant City denies the allegations therein.

80.     Answering Paragraph 80  of the Supplemental Complaint, defendant City admits that it has ordinances pertaining to camping on public and private property.

81.     Answering Paragraph 81 of the Supplemental Complaint, defendant City admit that plaintiffs purport to quote from Santa Rosa City Ordinance 11-22 which ordinance speaks for itself.

82.     Answering Paragraph 82  of the Supplemental Complaint, defendant City admits the City amended ordinances, which speak for themselves. Defendant City denies the remaining allegations in this paragraph.

83.     Answering Paragraph 83   of the Supplemental Complaint, defendant City admits that citations have been issued for violation of City Code §1-12.020, 10-12.030, 10-08.010 and

9-12.050. Defendant City denies the remaining allegations in this paragraph.

84.     Answering Paragraph 84 of the Supplemental Complaint, defendant City lacks knowledge and information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 84 and on that basis denies them.

85.     Answering Paragraph 85 of the Supplemental Complaint, defendant City lacks knowledge and information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 85 and on that basis denies them.

86.     Answering Paragraph 86 of the Supplemental Complaint, defendant City lacks knowledge and information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 86 and on that basis denies them.

87.     Answering Paragraph 87 of the Supplemental Complaint, defendant City lacks knowledge and information sufficient to form a belief as to the truth or falsity of the allegations in paragraph 87 and on that basis denies them.

88.     Answering Paragraph 88 of the Supplemental Complaint, defendant City admits that the City approved the "Homeless Encampment Assistance Pilot Program" (HEAPP), that a purpose of which was to mitigate the impact on the surrounding community of encampments and to address the health, safety and shelter needs of individuals, and that the program uses the Homeless Outreach Services Team (HOST). Defendant City denies the remaining allegations in this paragraph.

89.     Answering Paragraph 89 of the Supplemental Complaint, defendant City admits that an encampment at the intersection of Farmers Lane and Bennett Valley Road was addressed through the HEAPP program. Defendant City denies the remaining allegations in this paragraph.

90.     Answering Paragraph 90 of the Supplemental Complaint, defendant City admits notice was provided to the residents of the Farmers Lane encampment. Defendant City denies the remaining allegations in this paragraph.

91.     Answering Paragraph 91  of the Supplemental Complaint, defendant City admits that a meeting was held, that residents were notified of the pending closure of the encampment, and that HOST staff assisted. Defendant City denies the remaining allegations in this paragraph.

1    92.    Answering Paragraph 92 of the Supplemental Complaint, defendant City admits

2   that the Farmer's Lane encampment was closed. Defendant City denies the remaining allegations

3   in this paragraph.

4    93.    Answering Paragraph 93 of the Supplemental Complaint, defendant City admits

5   that City created new shelter beds and place individuals from the Farmer's Lane Encampment,

6   and that some people moved to other locations, including under Highway 101. Defendant City

7   denies the remaining allegations in this paragraph.

8    94.    Answering Paragraph 94 of the Supplemental Complaint, defendant City admits

9   notice was provided to residents encamped beneath the Highway 101 overpass, which written

10  notices speak for themselves. Defendant City denies the remaining allegations in this paragraph.

11   95.    Answering Paragraph 95 of the Supplemental Complaint, defendant City admits

12  individuals beneath the Highway 101 overpass were cited for violation of various ordinances,

13  primarily obstruction of the sidewalk. Defendant denies the remaining allegations in this

14  paragraph.

15   96.    Answering Paragraph 96 of the Supplemental Complaint, defendant City admits

16  that placements were provided for some individuals who were encamped beneath the Highway

17  101 overpass. Defendant City denies the remaining allegations in this paragraph.

18   97.    Answering Paragraph 97 of the Supplemental Complaint, defendant City admits

19  that encampments were located at 665 to 883 Sebastopol Road. Defendant City lacks knowledge

20  or information to form a belief as to the truth or falsity of the remaining allegations in this

21  paragraph and, on that basis, deny those allegations.

22   98.    Answering Paragraph 98 of the Supplemental Complaint, defendant City admits

23  that the Roseland encampment is located in Santa Rosa in Roseland which was annexed by the

24  City. Defendant City lacks knowledge or information to form a belief as to the truth or falsity of

25  the remaining allegations in this paragraph and, on that basis, deny those allegations.

26   99.    Answering Paragraph 99  of the Supplemental Complaint, defendant City admits

27  the allegations therein.

28   100.   Answering Paragraph 100 of the Supplemental Complaint, defendant City lacks

1    knowledge or information to form a belief as to the truth or falsity of the allegations in this

2    paragraph and, on that basis, denies those allegations.

3        101.    Answering Paragraph 101of the Supplemental Complaint, defendant City lacks

4    knowledge or information to form a belief as to the truth or falsity of the allegations in this

5    paragraph and, on that basis, denies those allegations.

6        102.    Answering Paragraph 102  of the Supplemental Complaint, defendant City lacks

7    knowledge or information to form a belief as to the truth or falsity of the allegations in this

8    paragraph and, on that basis, denies those allegations.

9        103.    Answering Paragraph 103  of the Supplemental Complaint, defendant City lacks

10   knowledge or information to form a belief as to the truth or falsity of the allegations in this

11   paragraph and, on that basis, denies those allegations.

12       104.    Answering Paragraph 104 of the Supplemental Complaint, defendant City lacks

13   knowledge or information to form a belief as to the truth or falsity of the allegations in this

14   paragraph and, on that basis, denies those allegations.

15       105.    Answering Paragraph 105 of the Supplemental Complaint, defendant City lacks

16   knowledge or information to form a belief as to the truth or falsity of the allegations in this

17   paragraph and, on that basis, denies those allegations.

18       106.    Answering Paragraph 106 of the Supplemental Complaint, defendant City lacks

19   knowledge or information to form a belief as to the truth or falsity of the allegations in this

20   paragraph and, on that basis, denies those allegations.

21       107.    Answering Paragraph 107 of the Supplemental Complaint, defendant City lacks

22   knowledge or information to form a belief as to the truth or falsity of the allegations in this

23   paragraph and, on that basis, denies those allegations.

24       108.    Answering Paragraph 108 of the Supplemental Complaint, defendant City lacks

25   knowledge or information to form a belief as to the truth or falsity of the allegations in this

26   paragraph and, on that basis, denies those allegations.

27       109.    Answering Paragraph 109 of the Supplemental Complaint, defendant City  lacks

28   knowledge or information to form a belief as to the truth or falsity of the allegations in this

1    paragraph and, on that basis, denies those allegations.

2         110.    Answering Paragraph 110 of the Supplemental Complaint, defendant City lacks

3    knowledge or information to form a belief as to the truth or falsity of the allegations in this

4    paragraph and, on that basis, denies those allegations.

5         111.    Answering Paragraph 111 of the Supplemental Complaint, defendant City lacks

6    knowledge or information to form a belief as to the truth or falsity of the allegations in this

7    paragraph and, on that basis, denies those allegations.

8         112.    Answering Paragraph 112 of the Supplemental Complaint, defendant City lacks

9    knowledge or information to form a belief as to the truth or falsity of the allegations in this

10   paragraph and, on that basis, denies those allegations.

11        113.    Answering Paragraph 113 of the Supplemental Complaint, defendant City lacks

12   knowledge or information to form a belief as to the truth or falsity of the allegations in this

13   paragraph and, on that basis, denies those allegations.

14        114.    Answering Paragraph 114 of the Supplemental Complaint, defendant City lacks

15   knowledge or information to form a belief as to the truth or falsity of the allegations in this

16   paragraph and, on that basis, denies those allegations.

17        115.    Answering Paragraph 115 of the Supplemental Complaint, defendant City lacks

18   knowledge or information to form a belief as to the truth or falsity of the allegations in this

19   paragraph and, on that basis, denies those allegations.

20        116.    Answering Paragraph 116 of the Supplemental Complaint, defendant City lacks

21   knowledge or information to form a belief as to the truth or falsity of the allegations in this

22   paragraph and, on that basis, denies those allegations.

23        117.    Answering Paragraph 117 of the Supplemental Complaint, defendant City lacks

24   knowledge or information to form a belief as to the truth or falsity of the allegations in this

25   paragraph and, on that basis, denies those allegations.

26        118.    Answering Paragraph 118 of the Supplemental Complaint, defendant City lacks

27   knowledge or information to form a belief as to the truth or falsity of the allegations in this

28   paragraph and, on that basis, denies those allegations.

119.    Answering Paragraph 119 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

120.    Answering Paragraph 120 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

121.    Answering Paragraph 121 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

122.    Answering Paragraph 122 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

123.    Answering Paragraph 123   of the Supplemental Complaint, defendant City denies the allegations therein.

124.    Answering Paragraph 124 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

125.    Answering Paragraph 125 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

126.    Answering Paragraph 126 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

127.    Answering Paragraph 127 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

128.    Answering Paragraph 128 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this

1   paragraph and, on that basis, denies those allegations.

2        129.   Answering Paragraph 129of the Supplemental Complaint, defendant City lacks

3   knowledge or information to form a belief as to the truth or falsity of the allegations in this

4   paragraph and, on that basis, denies those allegations.

5        130.   Answering Paragraph 130 of the Supplemental Complaint, defendant City lacks

6   knowledge or information to form a belief as to the truth or falsity of the allegations in this

7   paragraph and, on that basis, denies those allegations.

8        131.   Answering Paragraph 131 of the Supplemental Complaint, defendant City lacks

9   knowledge or information to form a belief as to the truth or falsity of the allegations in this

10  paragraph and, on that basis, denies those allegations.

11       132.   Answering Paragraph 132 of the Supplemental Complaint, defendant City lacks

12  knowledge or information to form a belief as to the truth or falsity of the allegations in this

13  paragraph and, on that basis, denies those allegations.

14       133.   Answering Paragraph 133 of the Supplemental Complaint, defendant City lacks

15  knowledge or information to form a belief as to the truth or falsity of the allegations in this

16  paragraph and, on that basis, denies those allegations.

17       134.   Answering Paragraph 134 of the Supplemental Complaint, defendant City lacks

18  knowledge or information to form a belief as to the truth or falsity of the allegations in this

19  paragraph and, on that basis, denies those allegations.

20       135.   Answering Paragraph 135 of the Supplemental Complaint, defendant City lacks

21  knowledge or information to form a belief as to the truth or falsity of the allegations in this

22  paragraph and, on that basis, denies those allegations.

23       136.   Answering Paragraph 136 of the Supplemental Complaint, defendant City lacks

24  knowledge or information to form a belief as to the truth or falsity of the allegations in this

25  paragraph and, on that basis, denies those allegations.

26       137.   Answering Paragraph 137 of the Supplemental Complaint, defendant City lacks

27  knowledge or information to form a belief as to the truth or falsity of the allegations in this

28  paragraph and, on that basis, denies those allegations.

1    138.    Answering Paragraph 138 of the Supplemental Complaint, defendant City lacks

2    knowledge or information to form a belief as to the truth or falsity of the allegations in this

3    paragraph and, on that basis, denies those allegations.

4    139.    Answering Paragraph 139 of the Supplemental Complaint, defendant City lacks

5    knowledge or information to form a belief as to the truth or falsity of the allegations in this

6    paragraph and, on that basis, denies those allegations.

7    140.    Answering Paragraph 140 of the Supplemental Complaint, defendant City lacks

8    knowledge or information to form a belief as to the truth or falsity of the allegations in this

9    paragraph and, on that basis, denies those allegations.

10    141.    Answering Paragraph 141 of the Supplemental Complaint, defendant City lacks

11    knowledge or information to form a belief as to the truth or falsity of the allegations in this

12    paragraph and, on that basis, denies those allegations.

13    142.    Answering Paragraph 142 of the Supplemental Complaint, defendant City lacks

14    knowledge or information to form a belief as to the truth or falsity of the allegations in this

15    paragraph and, on that basis, denies those allegations.

16    143.    Answering Paragraph 143 of the Supplemental Complaint, defendant City lacks

17    knowledge or information to form a belief as to the truth or falsity of the allegations in this

18    paragraph and, on that basis, denies those allegations.

19    144.    Answering Paragraph 144 of the Supplemental Complaint, defendant City lacks

20    knowledge or information to form a belief as to the truth or falsity of the allegations in this

21    paragraph and, on that basis, denies those allegations.

22    145.    Answering Paragraph 145 of the Supplemental Complaint, defendant City lacks

23    knowledge or information to form a belief as to the truth or falsity of the allegations in this

24    paragraph and, on that basis, denies those allegations.

25    146.    Answering Paragraph 146 of the Supplemental Complaint, defendant City lacks

26    knowledge or information to form a belief as to the truth or falsity of the allegations in this

27    paragraph and, on that basis, denies those allegations.

28    147.    Answering Paragraph 147 of the Supplemental Complaint, defendant City lacks

1  knowledge or information to form a belief as to the truth or falsity of the allegations in this

2  paragraph and, on that basis, denies those allegations.

3      148.    Answering Paragraph 148 of the Supplemental Complaint, defendant City lacks

4  knowledge or information to form a belief as to the truth or falsity of the allegations in this

5  paragraph and, on that basis, denies those allegations.

6      149.    Answering Paragraph 149 of the Supplemental Complaint, defendant City lacks

7  knowledge or information to form a belief as to the truth or falsity of the allegations in this

8  paragraph and, on that basis, denies those allegations.

9      150.    Answering Paragraph 150 of the Supplemental Complaint, defendant City lacks

10  knowledge or information to form a belief as to the truth or falsity of the allegations in this

11  paragraph and, on that basis, denies those allegations.

12      151.    Answering Paragraph 151 of the Supplemental Complaint, defendant City lacks

13  knowledge or information to form a belief as to the truth or falsity of the allegations in this

14  paragraph and, on that basis, denies those allegations.

15      152.    Answering Paragraph 152 of the Supplemental Complaint, defendant City lacks

16  knowledge or information to form a belief as to the truth or falsity of the allegations in this

17  paragraph and, on that basis, denies those allegations.

18      153.    Answering Paragraph 153 of the Supplemental Complaint, defendant City lacks

19  knowledge or information to form a belief as to the truth or falsity of the allegations in this

20  paragraph and, on that basis, denies those allegations.

21      154.    Answering Paragraph 154 of the Supplemental Complaint, defendant City lacks

22  knowledge or information to form a belief as to the truth or falsity of the allegations in this

23  paragraph and, on that basis, denies those allegations.

24      155.    Answering Paragraph 155 of the Supplemental Complaint, defendant City lacks

25  knowledge or information to form a belief as to the truth or falsity of the allegations in this

26  paragraph and, on that basis, denies those allegations.

27      156.    Answering Paragraph 156 of the Supplemental Complaint, defendant City lacks

28  knowledge or information to form a belief as to the truth or falsity of the allegations in this

1  paragraph and, on that basis, denies those allegations.

2      157.   Answering Paragraph 157 of the Supplemental Complaint, defendant City lacks

3  knowledge or information to form a belief as to the truth or falsity of the allegations in this

4  paragraph and, on that basis, denies those allegations.

5      158.   Answering Paragraph 158 of the Supplemental Complaint, defendant City lacks

6  knowledge or information to form a belief as to the truth or falsity of the allegations in this

7  paragraph and, on that basis, denies those allegations.

8      159.   Answering Paragraph 159 of the Supplemental Complaint, defendant City lacks

9  knowledge or information to form a belief as to the truth or falsity of the allegations in this

10  paragraph and, on that basis, denies those allegations.

11      160.   Answering Paragraph 160 of the Supplemental Complaint, defendant City lacks

12  knowledge or information to form a belief as to the truth or falsity of the allegations in this

13  paragraph and, on that basis, denies those allegations.

14                     **SUPPLEMENTAL STATEMENT OF FACTS**

15      161.   Answering Paragraph 161 of the Supplemental Complaint, defendant City lacks

16  knowledge or information to form a belief as to the truth or falsity of the allegations in this

17  paragraph and, on that basis, denies those allegations.

18      162.   Answering Paragraph 162 of the Supplemental Complaint, defendant City lacks

19  knowledge or information to form a belief as to the truth or falsity of the allegations in this

20  paragraph and, on that basis, denies those allegations.

21      163.   Answering Paragraph 163 of the Supplemental Complaint, defendant City lacks

22  knowledge or information to form a belief as to the truth or falsity of the allegations in this

23  paragraph and, on that basis, denies those allegations.

24      164.   Answering Paragraph 164 of the Supplemental Complaint, defendant City lacks

25  knowledge or information to form a belief as to the truth or falsity of the allegations in this

26  paragraph and, on that basis, denies those allegations.

27      165.   Answering Paragraph 165 of the Supplemental Complaint, defendant City lacks

28  knowledge or information to form a belief as to the truth or falsity of the allegations in this

1   paragraph and, on that basis, denies those allegations.

2   166.   Answering Paragraph 166 of the Supplemental Complaint, defendant City lacks

3   knowledge or information to form a belief as to the truth or falsity of the allegations in this

4   paragraph and, on that basis, denies those allegations.

5   167.   Answering Paragraph 167 of the Supplemental Complaint, defendant City lacks

6   knowledge or information to form a belief as to the truth or falsity of the allegations in this

7   paragraph and, on that basis, denies those allegations.

8   168.   Answering Paragraph 168 of the Supplemental Complaint, defendant City lacks

9   knowledge or information to form a belief as to the truth or falsity of the allegations in this

10   paragraph and, on that basis, denies those allegations.

11   169.   Answering Paragraph 169 of the Supplemental Complaint, defendant City admits

12   that the Roseland encampments were closed on or about April 19 and April 20, 2018. Defendant

13   City denies the remaining allegations in this paragraph.

14   170.   Answering Paragraph 170  of the Supplemental Complaint, defendant City admits

15   that the Santa Rosa Police Department were present at the time of removal of residents from the

16   encampment. Defendant City denies the remaining allegations in this paragraph.

17   171.   Answering Paragraph 171 of the Supplemental Complaint, defendant City lacks

18   knowledge or information to form a belief as to the truth or falsity of the allegations in this

19   paragraph and, on that basis, denies those allegations.

20   172.   Answering Paragraph 172 of the Supplemental Complaint, defendant City lacks

21   knowledge or information to form a belief as to the truth or falsity of the allegations in this

22   paragraph and, on that basis, denies those allegations.

23   173.   Answering Paragraph 173 of the Supplemental Complaint, defendant City lacks

24   knowledge or information to form a belief as to the truth or falsity of the allegations in this

25   paragraph and, on that basis, denies those allegations.

26   174.   Answering Paragraph 174 of the Supplemental Complaint, defendant City lacks

27   knowledge or information to form a belief as to the truth or falsity of the allegations in this

28   paragraph and, on that basis, denies those allegations.

1       175.    Answering Paragraph 175 of the Supplemental Complaint, defendant City lacks

2  knowledge or information to form a belief as to the truth or falsity of the allegations in this

3  paragraph and, on that basis, denies those allegations.

4       176.    Answering Paragraph 176 of the Supplemental Complaint, defendant City lacks

5  knowledge or information to form a belief as to the truth or falsity of the allegations in this

6  paragraph and, on that basis, denies those allegations.

7       177.    Answering Paragraph 177 of the Supplemental Complaint, defendant City lacks

8  knowledge or information to form a belief as to the truth or falsity of the allegations in this

9  paragraph and, on that basis, denies those allegations.

10       178.    Answering Paragraph 178 of the Supplemental Complaint, defendant City lacks

11  knowledge or information to form a belief as to the truth or falsity of the allegations in this

12  paragraph and, on that basis, denies those allegations.

13       179.    Answering Paragraph 179 of the Supplemental Complaint, defendant City lacks

14  knowledge or information to form a belief as to the truth or falsity of the allegations in this

15  paragraph and, on that basis, denies those allegations.

16       180.    Answering Paragraph 180 of the Supplemental Complaint, defendant City lacks

17  knowledge or information to form a belief as to the truth or falsity of the allegations in this

18  paragraph and, on that basis, denies those allegations.

19       181.    Answering Paragraph 181 of the Supplemental Complaint, defendant City lacks

20  knowledge or information to form a belief as to the truth or falsity of the allegations in this

21  paragraph and, on that basis, denies those allegations.

22       182.    Answering Paragraph 182 of the Supplemental Complaint, defendant City lacks

23  knowledge or information to form a belief as to the truth or falsity of the allegations in this

24  paragraph and, on that basis, denies those allegations.

25       183.    Answering Paragraph 183 of the Supplemental Complaint, defendant City lacks

26  knowledge or information to form a belief as to the truth or falsity of the allegations in this

27  paragraph and, on that basis, denies those allegations.

28       184.    Answering Paragraph 184 of the Supplemental Complaint, defendant City lacks

1    knowledge or information to form a belief as to the truth or falsity of the allegations in this

2    paragraph and, on that basis, denies those allegations.

3        185.   Answering Paragraph 185 of the Supplemental Complaint, defendant City lacks

4    knowledge or information to form a belief as to the truth or falsity of the allegations in this

5    paragraph and, on that basis, denies those allegations.

6        186.   Answering Paragraph 186 of the Supplemental Complaint, defendant City lacks

7    knowledge or information to form a belief as to the truth or falsity of the allegations in this

8    paragraph and, on that basis, denies those allegations.

9        187.   Answering Paragraph 187 of the Supplemental Complaint, defendant City lacks

10   knowledge or information to form a belief as to the truth or falsity of the allegations in this

11   paragraph and, on that basis, denies those allegations.

12       188.   Answering Paragraph 188 of the Supplemental Complaint, defendant City lacks

13   knowledge or information to form a belief as to the truth or falsity of the allegations in this

14   paragraph and, on that basis, denies those allegations.

15       189.   Answering Paragraph 189 of the Supplemental Complaint, defendant City lacks

16   knowledge or information to form a belief as to the truth or falsity of the allegations in this

17   paragraph and, on that basis, denies those allegations.

18       190.   Answering Paragraph 190 of the Supplemental Complaint, defendant City lacks

19   knowledge or information to form a belief as to the truth or falsity of the allegations in this

20   paragraph and, on that basis, denies those allegations.

21       191.   Answering Paragraph 191 of the Supplemental Complaint, defendant City lacks

22   knowledge or information to form a belief as to the truth or falsity of the allegations in this

23   paragraph and, on that basis, denies those allegations.

24       192.   Answering Paragraph 192 of the Supplemental Complaint, defendant City lacks

25   knowledge or information to form a belief as to the truth or falsity of the allegations in this

26   paragraph and, on that basis, denies those allegations.

27       193.   Answering Paragraph 193 of the Supplemental Complaint, defendant City lacks

28   knowledge or information to form a belief as to the truth or falsity of the allegations in this

1    paragraph and, on that basis, denies those allegations.

2         194.   Answering Paragraph 194 of the Supplemental Complaint, defendant City lacks

3    knowledge or information to form a belief as to the truth or falsity of the allegations in this

4    paragraph and, on that basis, denies those allegations.

5         195.   Answering Paragraph 195 of the Supplemental Complaint, defendant City lacks

6    knowledge or information to form a belief as to the truth or falsity of the allegations in this

7    paragraph and, on that basis, denies those allegations.

8         196.   Answering Paragraph 196 of the Supplemental Complaint, defendant City lacks

9    knowledge or information to form a belief as to the truth or falsity of the allegations in this

10   paragraph and, on that basis, denies those allegations.

11        197.   Answering Paragraph 197 of the Supplemental Complaint, defendant City lacks

12   knowledge or information to form a belief as to the truth or falsity of the allegations in this

13   paragraph and, on that basis, denies those allegations.

14        198.   Answering Paragraph 198 of the Supplemental Complaint, defendant City lacks

15   knowledge or information to form a belief as to the truth or falsity of the allegations in this

16   paragraph and, on that basis, denies those allegations.

17        199.   Answering Paragraph 199 of the Supplemental Complaint, defendant City lacks

18   knowledge or information to form a belief as to the truth or falsity of the allegations in this

19   paragraph and, on that basis, denies those allegations.

20        200.   Answering Paragraph 200 of the Supplemental Complaint, defendant City admits

21   that Santa Rosa Police Department officers assisted in storing personal possessions. Defendant

22   City denies the remaining allegations in this paragraph.

23        201.   Answering Paragraph 201  of the Supplemental Complaint, defendant City denies

24   the allegations therein.

25        202.   Answering Paragraph 202 of the Supplemental Complaint, defendant City admits

26   that the City has enforced ordinances. Defendant City denies the remaining allegations in this

27   paragraph.

28        203.   Answering Paragraph  203 of the Supplemental Complaint, defendant City other

1   encampments have been closed. Defendant City denies the remaining allegations in this

2   paragraph.

3       204.    Answering Paragraph 204 of the Supplemental Complaint, defendant City lacks

4   knowledge or information to form a belief as to the truth or falsity of the allegations in this

5   paragraph and, on that basis, denies those allegations.

6       205.    Answering Paragraph 205 of the Supplemental Complaint, defendant City lacks

7   knowledge or information to form a belief as to the truth or falsity of the allegations in this

8   paragraph and, on that basis, denies those allegations.

9       206.    Answering Paragraph 206 of the Supplemental Complaint, defendant City lacks

10  knowledge or information to form a belief as to the truth or falsity of the allegations in this

11  paragraph and, on that basis, denies those allegations.

12      207.    Answering Paragraph 207 of the Supplemental Complaint, defendant City lacks

13  knowledge or information to form a belief as to the truth or falsity of the allegations in this

14  paragraph and, on that basis, denies those allegations.

15      208.    Answering Paragraph 208 of the Supplemental Complaint, defendant City lacks

16  knowledge or information to form a belief as to the truth or falsity of the allegations in this

17  paragraph and, on that basis, denies those allegations.

18      209.    Answering Paragraph 209 of the Supplemental Complaint, defendant City lacks

19  knowledge or information to form a belief as to the truth or falsity of the allegations in this

20  paragraph and, on that basis, denies those allegations.

21      210.    Answering Paragraph 210 of the Supplemental Complaint, defendant City lacks

22  knowledge or information to form a belief as to the truth or falsity of the allegations in this

23  paragraph and, on that basis, denies those allegations.

24      211.    Answering Paragraph 211 of the Supplemental Complaint, defendant City lacks

25  knowledge or information to form a belief as to the truth or falsity of the allegations in this

26  paragraph and, on that basis, denies those allegations.

27      212.    Answering Paragraph 212 of the Supplemental Complaint, defendant City lacks

28  knowledge or information to form a belief as to the truth or falsity of the allegations in this

1 paragraph and, on that basis, denies those allegations.

2      213.    Answering Paragraph 213 of the Supplemental Complaint, defendant City lacks

3 knowledge or information to form a belief as to the truth or falsity of the allegations in this

4 paragraph and, on that basis, denies those allegations.

5      214.    Answering Paragraph 214 of the Supplemental Complaint, defendant City lacks

6 knowledge or information to form a belief as to the truth or falsity of the allegations in this

7 paragraph and, on that basis, denies those allegations.

8      215.    Answering Paragraph 215 of the Supplemental Complaint, defendant City lacks

9 knowledge or information to form a belief as to the truth or falsity of the allegations in this

10 paragraph and, on that basis, denies those allegations.

11      216.    Answering Paragraph 216 of the Supplemental Complaint, defendant City lacks

12 knowledge or information to form a belief as to the truth or falsity of the allegations in this

13 paragraph and, on that basis, denies those allegations.

14      217.    Answering Paragraph 217 of the Supplemental Complaint, defendant City lacks

15 knowledge or information to form a belief as to the truth or falsity of the allegations in this

16 paragraph and, on that basis, denies those allegations.

17      218.    Answering Paragraph 218 of the Supplemental Complaint, defendant City lacks

18 knowledge or information to form a belief as to the truth or falsity of the allegations in this

19 paragraph and, on that basis, denies those allegations.

20      219.    Answering Paragraph 219 of the Supplemental Complaint, defendant City lacks

21 knowledge or information to form a belief as to the truth or falsity of the allegations in this

22 paragraph and, on that basis, denies those allegations.

23      220.    Answering Paragraph 220 of the Supplemental Complaint, defendant City lacks

24 knowledge or information to form a belief as to the truth or falsity of the allegations in this

25 paragraph and, on that basis, denies those allegations.

26      221.    Answering Paragraph 221 of the Supplemental Complaint, defendant City lacks

27 knowledge or information to form a belief as to the truth or falsity of the allegations in this

28 paragraph and, on that basis, denies those allegations.

1      222.    Answering Paragraph 222 of the Supplemental Complaint, defendant City lacks

2  knowledge or information to form a belief as to the truth or falsity of the allegations in this

3  paragraph and, on that basis, denies those allegations.

4      223.    Answering Paragraph 223 of the Supplemental Complaint, defendant City lacks

5  knowledge or information to form a belief as to the truth or falsity of the allegations in this

6  paragraph and, on that basis, denies those allegations.

7      224.    Answering Paragraph 224 of the Supplemental Complaint, defendant City lacks

8  knowledge or information to form a belief as to the truth or falsity of the allegations in this

9  paragraph and, on that basis, denies those allegations.

10     225.    Answering Paragraph 225 of the Supplemental Complaint, defendant City lacks

11  knowledge or information to form a belief as to the truth or falsity of the allegations in this

12  paragraph and, on that basis, denies those allegations.

13     226.    Answering Paragraph 226 of the Supplemental Complaint, defendant City lacks

14  knowledge or information to form a belief as to the truth or falsity of the allegations in this

15  paragraph and, on that basis, denies those allegations.

16     227.    Answering Paragraph 227 of the Supplemental Complaint, defendant City lacks

17  knowledge or information to form a belief as to the truth or falsity of the allegations in this

18  paragraph and, on that basis, denies those allegations.

19     228.    Answering Paragraph 228 of the Supplemental Complaint, defendant City lacks

20  knowledge or information to form a belief as to the truth or falsity of the allegations in this

21  paragraph and, on that basis, denies those allegations.

22                           **CAUSES OF ACTION**

23                         **FIRST CAUSE OF ACTION**

24     229.    Answering Paragraph 229 of the Supplemental Complaint, defendant City repeats

25  and incorporates the admissions and denials of paragraph 1 through 228 as though fully set forth

26  herein.

27     230.    Answering Paragraph 230 of the Supplemental Complaint, defendant City admits

28  that both the United States and California Constitutions speak for themselves.

231.     Answering Paragraph 231 of the Supplemental Complaint, defendant City denies the allegations therein.

232.     Answering Paragraph 232 of the Supplemental Complaint, defendant City denies the allegations therein.

233.     Answering Paragraph 233   of the Supplemental Complaint, defendant City admits that plaintiffs purport to quote from a City ordinance which speaks for itself. Defendant City denies the remaining allegations in this paragraph.

234.     Answering Paragraph 234 of the Supplemental Complaint, defendant City admits that plaintiffs purport to quote from a City ordinance which speaks for itself. Defendant City denies the remaining allegations in this paragraph.

235.     Answering Paragraph 235 of the Supplemental Complaint, defendant City denies the allegations therein.

236.     Answering Paragraph 236   of the Supplemental Complaint, defendant City admits that plaintiffs purport to quote from a County ordinance which speaks for itself. Defendant City denies the remaining allegations in this paragraph.

237.     Answering Paragraph 237 of the Supplemental Complaint, defendant City denies the allegations therein.

238.     Answering Paragraph 238 of the Supplemental Complaint, defendant City denies the allegations therein.

239.     Answering Paragraph 239 of the Supplemental Complaint, defendant City denies the allegations therein.

240.     Answering Paragraph 240 of the Supplemental Complaint, defendant City denies the allegations therein.

241.     Answering Paragraph 241 of the Supplemental Complaint, defendant City denies the allegations therein.

242.     Answering Paragraph 242 of the Supplemental Complaint, defendant City denies the allegations therein.

//

## SECOND CAUSE OF ACTION

243.    Answering Paragraph  243 of the Supplemental Complaint, defendant City repeats and incorporates the admissions and denials of paragraph 1 through 242 as though fully set forth herein.

244.    Answering Paragraph 244 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

245.    Answering Paragraph 245 of the Supplemental Complaint, defendant City objects to the plaintiffs' characterization of a City ordinance which speaks for itself. Defendant City denies the remaining allegations in this paragraph.

246.    Answering Paragraph 246 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

247.    Answering Paragraph 247 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

248.    Answering Paragraph 248 of the Supplemental Complaint, defendant City denies the allegations therein.

249.    Answering Paragraph 249 of the Supplemental Complaint, defendant City objects to the extent this paragraph attempts to summarize law, which speaks for itself. Defendant City denies the remaining allegations in this paragraph.

250.    Answering Paragraph 250 of the Supplemental Complaint, defendant City denies the allegations therein.

251.    Answering Paragraph 251of the Supplemental Complaint, defendant City denies the allegations therein.

252.    Answering Paragraph 252 of the Supplemental Complaint, defendant City denies the allegations therein.

253.    Answering Paragraph 253 of the Supplemental Complaint, defendant City denies

1  the allegations therein.

2  254.    Answering Paragraph 254 of the Supplemental Complaint, defendant City denies

3  the allegations therein.

4  **THIRD CAUSE OF ACTION**

5  255.    Answering Paragraph 255 of the Supplemental Complaint, defendant City repeats

6  and incorporates the admissions and denials of paragraph 1 through 254 as though fully set forth

7  herein.

8  256.    Answering Paragraph 256 of the Supplemental Complaint, defendant City denies

9  the allegations therein.

10  257.    Answering Paragraph 257 of the Supplemental Complaint, defendant City denies

11  the allegations therein.

12  258.    Answering Paragraph 258 of the Supplemental Complaint, defendant City's

13  camping ordinance speaks for itself.  Defendant City denies the remaining allegations in this

14  paragraph.

15  259.    Answering Paragraph 259 of the Supplemental Complaint, defendant City lacks

16  knowledge or information to form a belief as to the truth or falsity of the allegations in this

17  paragraph and, on that basis, denies those allegations.

18  260.    Answering Paragraph 260 of the Supplemental Complaint, defendant City lacks

19  knowledge or information to form a belief as to the truth or falsity of the allegations in this

20  paragraph and, on that basis, denies those allegations.

21  261.    Answering Paragraph 261 of the Supplemental Complaint, defendant City lacks

22  knowledge or information to form a belief as to the truth or falsity of the allegations in this

23  paragraph and, on that basis, denies those allegations.

24  262.    Answering Paragraph 262  of the Supplemental Complaint, defendant City denies

25  the allegations therein.

26  263.    Answering Paragraph 263  of the Supplemental Complaint, defendant City denies

27  the allegations therein.

28  264.    Answering Paragraph 264  of the Supplemental Complaint, defendant City denies

the allegations therein.

265.    Answering Paragraph 265  of the Supplemental Complaint, defendant City denies the allegations therein.

## FOURTH CAUSE OF ACTION

266.    Answering Paragraph 266 of the Supplemental Complaint, defendant City repeats and incorporates the admissions and denials of paragraph 1 through 265 as though fully set forth herein.

267.    Answering Paragraph 267 of the Supplemental Complaint, defendant City objects to plaintiffs' characterization of the law, which speaks for itself.

268.    Answering Paragraph 268 of the Supplemental Complaint, defendant City denies the allegations therein.

269.    Answering Paragraph 269 of the Supplemental Complaint, defendant City denies the allegations therein.

270.    Answering Paragraph 270 of the Supplemental Complaint, defendant City denies the allegations therein.

271.    Answering Paragraph 271 of the Supplemental Complaint, defendant City denies the allegations therein.

272.    Answering Paragraph 272 of the Supplemental Complaint, defendant City denies the allegations therein.

273.    Answering Paragraph 273 of the Supplemental Complaint, defendant City denies the allegations therein.

274.    Answering Paragraph 274 of the Supplemental Complaint, defendant City denies the allegations therein.

275.    Answering Paragraph 275 of the Supplemental Complaint, defendant City denies the allegations therein.

276.    Answering Paragraph 276 of the Supplemental Complaint, defendant City denies the allegations therein.

//

**FIFTH CAUSE OF ACTION**

277.   Answering Paragraph 277 of the Supplemental Complaint, defendant City repeats and incorporates the admissions and denials of paragraph 1 through 276 as though fully set forth herein.

278.   Answering Paragraph 278 of the Supplemental Complaint, defendant City objects to the extent this paragraph attempts to summarize Federal law. Defendant City denies the remaining allegations in this paragraph.

279.   Answering Paragraph 279 of the Supplemental Complaint, defendant City admits the allegations therein.

280.   Answering Paragraph 280 of the Supplemental Complaint, defendant City admits the allegations therein.

281.   Answering Paragraph 281 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

282.   Answering Paragraph 282 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

283.   Answering Paragraph 283 of the Supplemental Complaint, defendant City objects to the extent this paragraph attempts to summarize Federal law. Defendant City denies the remaining allegations in this paragraph.

284.   Answering Paragraph 284 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

285.   Answering Paragraph 285 of the Supplemental Complaint, defendant City denies the allegations therein.

286.   Answering Paragraph 286 of the Supplemental Complaint, defendant City denies the allegations therein.

287.   Answering Paragraph 287 of the Supplemental Complaint, defendant City denies

1   the allegations therein.

2   288.   Answering Paragraph 288 of the Supplemental Complaint, defendant City denies
3   the allegations therein.

4   289.   Answering Paragraph 289 of the Supplemental Complaint, defendant City denies
5   the allegations therein.

6   290.   Answering Paragraph 290 of the Supplemental Complaint, defendant City denies
7   the allegations therein.

8   291.   Answering Paragraph 291 of the Supplemental Complaint, defendant City denies
9   the allegations therein.

10   292.   Answering Paragraph 292 of the Supplemental Complaint, defendant City denies
11   the allegations therein.

12   293.   Answering Paragraph 293 of the Supplemental Complaint, defendant City denies
13   the allegations therein.

14   **SIXTH CAUSE OF ACTION**

15   294.   Answering Paragraph 294 of the Supplemental Complaint, defendant City repeats
16   and incorporates the admissions and denials of paragraph 1 through 293 as though fully set forth
17   herein.

18   295.   Answering Paragraph 295 of the Supplemental Complaint, defendant City objects
19   that the plaintiffs attempt to characterize the law, which speaks for itself.

20   296.   Answering Paragraph 296 of the Supplemental Complaint, defendant City denies
21   the allegations therein.

22   297.   Answering Paragraph 297 of the Supplemental Complaint, defendant City denies
23   the allegations therein.

24   298.   Answering Paragraph 298 of the Supplemental Complaint, defendant City denies
25   the allegations therein.

26   299.   Answering Paragraph 299 of the Supplemental Complaint, defendant City lacks
27   knowledge or information to form a belief as to the truth or falsity of the allegations in this
28   paragraph and, on that basis, denies those allegations.

300.    Answering Paragraph 300 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

301.    Answering Paragraph 301 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

302.    Answering Paragraph 302 of the Supplemental Complaint, defendant City denies the allegations therein.

303.    Answering Paragraph 303 of the Supplemental Complaint, defendant City denies the allegations therein.

304.    Answering Paragraph 304 of the Supplemental Complaint, defendant City denies the allegations therein.

305.    Answering Paragraph 305 of the Supplemental Complaint, defendant City denies the allegations therein.

306.    Answering Paragraph 306 of the Supplemental Complaint, defendant City denies the allegations therein.

307.    Answering Paragraph 307 of the Supplemental Complaint, defendant City denies the allegations therein.

308.    Answering Paragraph 308 of the Supplemental Complaint, defendant City denies the allegations therein.

309.    Answering Paragraph 309 of the Supplemental Complaint, defendant City denies the allegations therein.

## SEVENTH CAUSE OF ACTION

310.    Answering Paragraph 310 of the Supplemental Complaint, defendant City repeats and incorporates the admissions and denials of paragraph 1 through 309 as though fully set forth herein.

311.    Answering Paragraph 311 of the Supplemental Complaint, defendant City denies the allegations therein.

312.    Answering Paragraph 312 of the Supplemental Complaint, defendant City denies the allegations therein.

313.    Answering Paragraph 313 of the Supplemental Complaint, defendant City denies the allegations therein.

314.    Answering Paragraph 314 of the Supplemental Complaint, defendant City denies the allegations therein.

315.    Answering Paragraph 315 of the Supplemental Complaint, defendant City denies the allegations therein.

316.    Answering Paragraph 316 of the Supplemental Complaint, defendant City denies the allegations therein.

317.    Answering Paragraph 317 of the Supplemental Complaint, defendant City denies the allegations therein.

318.    Answering Paragraph 318 of the Supplemental Complaint, defendant City denies the allegations therein.

319.    Answering Paragraph 319 of the Supplemental Complaint, defendant City denies the allegations therein.

320.    Answering Paragraph 320 of the Supplemental Complaint, defendant City denies the allegations therein.

321.    Answering Paragraph 321 of the Supplemental Complaint, defendant City denies the allegations therein.

**EIGHTH CAUSE OF ACTION**

322.    Answering Paragraph 322 of the Supplemental Complaint, defendant City repeats and incorporates the admissions and denials of paragraph 1 through 321 as though fully set forth herein.

323.    Answering Paragraph 323 of the Supplemental Complaint, defendant City objects that plaintiffs attempt to summarize Federal law, which speaks for itself.

324.    Answering Paragraph 324 of the Supplemental Complaint, defendant City objects that plaintiffs attempt to summarize Federal law, which speaks for itself.

325.     Answering Paragraph 325 of the Supplemental Complaint, defendant City admits that the City receive and administer Federal funds covered by section 504. Defendant City denies the remaining allegations in this paragraph.

326.     Answering Paragraph 326 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

327.     Answering Paragraph 327 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

328.     Answering Paragraph 328 of the Supplemental Complaint, defendant City objects that plaintiffs attempt to state Federal law which speaks for itself. Defendant City denies the remaining allegations in this paragraph.

329.     Answering Paragraph 329 of the Supplemental Complaint, defendant City objects that plaintiffs attempt to state Federal law which speaks for itself. Defendant City denies the remaining allegations in this paragraph.

330.     Answering Paragraph 330 of the Supplemental Complaint, defendant City denies the allegations therein.

331.     Answering Paragraph 331 of the Supplemental Complaint, defendant City denies the allegations therein.

332.     Answering Paragraph 332 of the Supplemental Complaint, defendant City denies the allegations therein.

333.     Answering Paragraph 333 of the Supplemental Complaint, defendant City denies the allegations therein.

**NINTH CAUSE OF ACTION**

334.     Answering Paragraph 334 of the Supplemental Complaint, defendant City repeats and incorporates the admissions and denials of paragraph 1 through 333 as though fully set forth herein.

335.     Answering Paragraph 335 of the Supplemental Complaint, defendant City objects

as plaintiffs are purporting to summarize Federal law, which speaks for itself. Defendant denies the remainder of the allegations in this paragraph.

336.    Answering Paragraph 336 of the Supplemental Complaint, defendant City objects as plaintiffs are purporting to summarize Federal law, which speaks for itself. Defendant denies the remainder of the allegations in this paragraph.

337.    Answering Paragraph 337 of the Supplemental Complaint, defendant City objects as plaintiffs are purporting to summarize Federal law, which speaks for itself. Defendant denies the remainder of the allegations in this paragraph.

338.    Answering Paragraph 338 of the Supplemental Complaint, defendant City denies the allegations therein.

339.    Answering Paragraph 339 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

340.    Answering Paragraph 340 of the Supplemental Complaint, defendant City denies the allegations therein.

341.    Answering Paragraph 341 of the Supplemental Complaint, defendant City denies the allegations therein.

342.    Answering Paragraph 342 of the Supplemental Complaint, defendant City denies the allegations therein.

## TENTH CAUSE OF ACTION

343.    Answering Paragraph 343 of the Supplemental Complaint, defendant City repeats and incorporates the admissions and denials of paragraph 1 through 342 as though fully set forth herein.

344.    Answering Paragraph 344 of the Supplemental Complaint, defendant City objects as plaintiffs are purporting to summarize State law, which speaks for itself. Defendant denies the remainder of the allegations in this paragraph.

345.    Answering Paragraph 345 of the Supplemental Complaint, defendant City admits that the City is the recipient of State funds. Defendant City denies the remaining allegations in

1    this paragraph.

2        346.    Answering Paragraph 346 of the Supplemental Complaint, defendant City objects

3    as plaintiffs are purporting to summarize State law, which speaks for itself. Defendant denies the

4    remainder of the allegations in this paragraph.

5        347.    Answering Paragraph 347 of the Supplemental Complaint, defendant City objects

6    as plaintiffs are purporting to summarize State law, which speaks for itself. Defendant denies the

7    remainder of the allegations in this paragraph.

8        348.    Answering Paragraph 348 of the Supplemental Complaint, defendant City objects

9    as plaintiffs are purporting to summarize State law, which speaks for itself. Defendant denies the

10   remainder of the allegations in this paragraph.

11       349.    Answering Paragraph 349 of the Supplemental Complaint, defendant City lacks

12   knowledge or information to form a belief as to the truth or falsity of the allegations in this

13   paragraph and, on that basis, denies those allegations.

14       350.    Answering Paragraph 350 of the Supplemental Complaint, defendant City denies

15   the allegations therein.

16       351.    Answering Paragraph 351 of the Supplemental Complaint, defendant City denies

17   the allegations therein.

18       352.    Answering Paragraph 352 of the Supplemental Complaint, defendant City denies

19   the allegations therein.

20       353.    Answering Paragraph 353 of the Supplemental Complaint, defendant City denies

21   the allegations therein.

22       354.    Answering Paragraph 354 of the Supplemental Complaint, defendant City denies

23   the allegations therein.

24       355.    Answering Paragraph 355 of the Supplemental Complaint, defendant City denies

25   the allegations therein.

26       356.    Answering Paragraph 356 of the Supplemental Complaint, defendant City denies

27   the allegations therein.

28   //

**ELEVENTH CAUSE OF ACTION**

357.    Answering Paragraph 357 of the Supplemental Complaint, defendant City repeats and incorporates the admissions and denials of paragraph 1 through 356 as though fully set forth herein.

358.    Answering Paragraph 358 of the Supplemental Complaint, defendant City objects as plaintiffs are purporting to summarize State law, which speaks for itself. Defendant denies the remainder of the allegations in this paragraph.

359.    Answering Paragraph 359 of the Supplemental Complaint, defendant City objects as plaintiffs are purporting to summarize State law, which speaks for itself. Defendant denies the remainder of the allegations in this paragraph.

360.    Answering Paragraph 360 of the Supplemental Complaint, defendant City objects as plaintiffs are purporting to summarize State law, which speaks for itself. Defendant denies the remainder of the allegations in this paragraph.

361.    Answering Paragraph 361 of the Supplemental Complaint, defendant City lacks knowledge or information to form a belief as to the truth or falsity of the allegations in this paragraph and, on that basis, denies those allegations.

362.    Answering Paragraph 362 of the Supplemental Complaint, defendant City denies the allegations therein.

363.    Answering Paragraph 363 of the Supplemental Complaint, defendant City denies the allegations therein.

364.    Answering Paragraph 364 of the Supplemental Complaint, defendant City denies the allegations therein.

**TWELFTH CAUSE OF ACTION**

365.    Answering Paragraph 365 of the Supplemental Complaint, defendant City repeats and incorporates the admissions and denials of paragraph 1 through 364 as though fully set forth herein.

366.    Answering Paragraph 366 of the Supplemental Complaint, defendant City objects as plaintiffs are purporting to summarize Federal law, which speaks for itself. Defendant denies

1    the remainder of the allegations in this paragraph.

2    367.    Answering Paragraph 367 of the Supplemental Complaint, defendant City admits

3    the City receives and administers federal housing funds. Defendant City denies the remaining

4    allegations in this paragraph.

5    368.    Answering Paragraph 368 of the Supplemental Complaint, defendant City denies

6    the allegations therein.

7    369.    Answering Paragraph 369 of the Supplemental Complaint, defendant City denies

8    the allegations therein.

9    370.    Answering Paragraph 370 of the Supplemental Complaint, defendant City denies

10   the allegations therein.

11   371.    Answering Paragraph 371 of the Supplemental Complaint, defendant City denies

12   the allegations therein.

13   372.    Answering Paragraph 372 of the Supplemental Complaint, defendant City denies

14   the allegations therein.

15   373.    Answering Paragraph 373 of the Supplemental Complaint, defendant City denies

16   the allegations therein.

17                                    **PRAYER FOR RELIEF**

18   Defendant City denies that plaintiffs are entitled to judgment sought as set forth in

19   paragraphs 1-7 on pages 58 and 59 of their Complaint.

20                                    **AFFIRMATIVE DEFENSES**

21   As separate and distinct affirmative defenses, defendant City alleges:

22   1.    **First Affirmative Defense:** As a first separate and distinct affirmative defense,

23   defendant City alleges that the Verified Amended Complaint and Supplemental Complaint fail to

24   state a claim upon which relief can be granted and fail to state sufficient facts to constitute a

25   claim for relief against defendants.

26   2.    **Second Affirmative Defense:** As a second separate and distinct affirmative

27   defense,  defendant City alleges that the relief sought by plaintiffs is barred to the extent they lack

28   the requisite standing to obtain such relief.

3.     **Third Affirmative Defense:**  As a third separate and distinct affirmative defense, defendant City alleges that the relief sought by plaintiffs is barred to the extent the claims are barred by the applicable statute of limitations.

4.     **Fourth Affirmative Defense:**  As a fourth separate and distinct affirmative defense,  defendant City alleges that the relief sought by plaintiffs is barred to the extent they have failed to take reasonable or necessary steps to mitigate any alleged damages.

5.     **Fifth Affirmative Defense:**   As a fifth separate and distinct affirmative defense, defendant City alleges that the relief sought by plaintiffs is barred to the extent they were required, but failed, to timely present a claim or otherwise comply with the requirements of the California Government Claims Act.

6.     **Sixth Affirmative Defense:**  As a sixth separate and distinct affirmative defense, defendant City alleges that the relief sought by plaintiffs is barred to the extent they have failed to join parties in whose absence the Court cannot award complete relief among the existing parties.

7.     **Seventh Affirmative Defense:**  As a seventh separate and distinct affirmative defense,  defendant City alleges that the matters alleged in the Verified Amended Complaint and Supplemental Complaint do not rise to the level of a deprivation of rights that are protected by the United States or California constitutions or any of the laws or regulations referred to in them.

8.     **Eighth Affirmative Defense:**  As an eighth separate and distinct affirmative defense,  defendant City alleges that some or all of the acts or omissions complained of by plaintiffs did not arise as a result of, nor was there any custom, policy, procedure, agreement or understanding of the City  that deprived plaintiffs of any civil rights.

9.     **Ninth Affirmative Defense:**  As a ninth separate and distinct affirmative defense, defendant City alleges that the City does not have an official policy, patter, custom or practice of engaging in the deprivation of constitutional or statutory rights as alleged in the Verified Amended Complaint and Supplemental Complaint.  Defendant City further alleges that plaintiffs' constitutional and statutory rights were not violated by defendant City.  Plaintiffs have not made factual allegations sufficient to establish that homelessness or poverty is a protected class under the Due Process Clause of the Fourteenth Amendment, or that any acts or omissions

1   of defendant City as alleged in the Verified Amended Complaint and Supplemental Complaint

2   constituted cruel or unusual punishment within the Eighth or Fourteenth Amendments or the

3   California Constitution, or a violation of substantive due process rights within the meaning of the

4   Fourteenth Amendment or the California Constitution.

5        10.    **Tenth Affirmative Defense:**  As a tenth separate and distinct affirmative defense,

6   defendant City alleges that the relief sought by plaintiffs is barred to the extent such relief would

7   be fundamental alteration of programs and services of the City or programs that are not

8   administered or in the control of the City of Santa Rosa.

9        11.    **Eleventh Affirmative Defense:**  As an eleventh separate and distinct affirmative

10  defense,  defendant City alleges that the relief sought by plaintiffs is barred to the extent such

11  relief would constitute an undue financial and administrative burden on the City of Santa Rosa.

12       12.    **Twelfth Affirmative Defense:**  As a twelfth  separate and distinct affirmative

13  defense,  defendant City alleges that the allegations contained in the Verified Amended

14  Complaint and Supplemental Complaint fall within the immunities, defenses and privileges set

15  forth under applicable federal and state law, including but not limited to the Federal Civil Rights

16  Act, the California Government Claims Act, and the California Penal Code.   Defendant City is

17  immune from liability for acts undertaken in than official capacity, in good faith, even if

18  mistaken, in accordance with reasonably or clearly established law, and without wrongful intent

19  at all times alleged in the Verified Amended Complaint and Supplemental Complaint.

20       13.    **Thirteenth Affirmative Defense:**  As a thirteenth  separate and distinct

21  affirmative defense,  defendant City alleges that it has engaged attorneys to represent it in the

22  defense of plaintiffs' Verified Amended Complaint and Supplemental Complaint, and it is

23  entitled to an award of reasonable attorney's fees and costs upon judgment in its favor in

24  accordance with applicable law, including but not limited to 42 U.S.C. § 1988, 28 U.S.C. § 1920,

25  Rule 11 of the Federal Rules of Civil Procedure and/or California Code of Civil Procedure §

26  1038.

27       14.    **Fourteenth Affirmative Defense:**  As a fourteenth separate and distinct

28  affirmative defense,  defendant City alleges that the relief sought by plaintiffs is barred to the

1    extent their claims are moot.

2        15.    **Fifteenth Affirmative Defense:**  As a fifteenth separate and distinct affirmative

3    defense,  defendant City alleges the relief sought by plaintiffs is barred to the extent they seek to

4    compel or control City of Santa Rosa's exercise of their lawful discretion in a particular manner,

5    including without limitation the expenditure of public funds and the enforcement of valid laws

6    and regulations.

7        16.    **Sixteenth Affirmative Defense:**  As a sixteenth separate and distinct affirmative

8    defense,  defendant City alleges this Court lacks subject matter jurisdiction over plaintiffs'

9    purported claims.

10        17.    **Seventeenth Affirmative Defense:**  As a seventeenth separate and distinct

11   affirmative defense,  defendant City alleges that plaintiffs cannot meet the requirements of the

12   Eighth Amendment; 42 U.S.C. § 1983 California Constitution sections 7 and 17 as the City has

13   sufficient shelter for the homeless population at issue.

14        18.    **Eighteenth Affirmative Defense:**  As an eighteenth separate and distinct

15   affirmative defense,  defendant City alleges that plaintiffs claims are barred because plaintiffs'

16   injuries and damages, if there were any, were not caused by any improper act by defendant City,

17   but by other persons beyond its control.

18        19.    **Nineteenth Affirmative Defense:**  As a nineteenth separate and distinct

19   affirmative defense,  defendant City alleges claims are barred because the City took actions

20   alleged in the Verified Amended Complaint and Supplemental Complaint to protect important

21   governmental interests, and protection of such interest could not be achieved by less restrictive

22   means.

23                    **DEMAND FOR JURY TRIAL**

24        Defendant City  respectfully demands a jury trial in this matter.

25

26   DATED: November 6, 2018           /s/
                                       ROBERT L. JACKSON
27                                     Assistant City Attorney
                                       Attorney for Defendant City of Santa Rosa
28

                            42