UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNUCCI NICHOLLE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, et al.,<br><br>    Defendants. | Case No. 18-cv-01955-VC<br><br>**ORDER RE: DISCOVERY LETTERS AND SCHEDULING STIPULATION**<br><br>Re: Dkt. Nos. 93, 96, 97, and 99 |

    The parties are directed to confer and formulate a plan for Santa Rosa, Sonoma County, and the Community Development Commission to respond to the plaintiffs' discovery requests in the next 30 days. This includes conferring about whether Request No. 30 (for Santa Rosa) and Request No. 31 (for Sonoma County) can reasonably be narrowed. *See* Dkt. Nos. 93-1, 97-1. (The answer is almost certainly yes.) Discovery will not, however, be limited to the closure of the Roseland Village and Joe Rodota Trail encampments. If the parties are unable to reach an agreement within 7 days of this order, they may file another discovery letter.

    The Court grants the parties' proposed schedule, but the final pretrial conference will take place on February 19, 2020, rather than February 17, 2020. The plaintiffs are granted to leave to file an amended complaint by April 15, 2019.

    **IT IS SO ORDERED.**

Dated: February 20, 2019

_____
VINCE CHHABRIA
United States District Judge