BRUCE D. GOLDSTEIN #135970
County Counsel
ALEGRÍA G. DE LA CRUZ # 229713
Alegria.DeLaCruz@sonoma-county.org
Chief Deputy County Counsel
MATTHEW R. LILLIGREN #246991
matthew.lilligren@sonoma-county.org
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Facsimile: (707) 565-2624

Attorneys for Defendants
SONOMA COUNTY; SONOMA
COUNTY COMMUNITY
DEVELOPMENT COMMISSION

SUE A. GALLAGHER, City Attorney
(SBN 121469)
ROBERT L. JACKSON, Assistant City Attorney
(SBN 101770)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Tel: (707) 543-3040; Fax: (707) 543-3055

Attorneys for Defendant City of Santa Rosa

Jeffery Hoffman, SBN: 118768
Alicia Roman, SBN: 260101
CALIFORNIA RURAL LEGAL
ASSISTANCE, INC.
1160 N. Dutton Avenue, Suite 105
Santa Rosa, CA 95401
Telephone: (707) 528-9941; Fax: (707) 528-0125
Email: jhoffman@crla.org, aroman@crla.org
Attorneys for Plaintiffs (additional counsel on last page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLLE VANNUCCI, ELLEN BROWN, and SHANNON HALL, individuals; and HOMELESS ACTION!, an unincorporated association,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SONOMA, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION, CITY OF SANTA ROSA, Does 1 to 10, et al.,<br><br>　　　　　Defendants. | Case No. 18-CV-01955-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY AND EXPERT DISCOVERY DEADLINES**<br><br>Judge:　　Hon. Vince Chhabria<br><br>Trial Date:　March 9, 2020 |


Plaintiffs NICHOLLE VANNUCCI, ELLEN BROWN, and SHANNON HALL, as individuals, and HOMELESS ACTION!, an unincorporated association (collectively "Plaintiffs") and Defendants COUNTY OF SONOMA, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION, and CITY OF SANTA ROSA (collectively "Defendants"), by and through their undersigned counsel in the above-captioned matter, stipulate as follows:

This action was initiated on March 30, 2018, when Plaintiffs filed their Complaint (ECF No. 1);

The Court held an initial Case Management Conference on July 3, 2018, at which time an initial trial date and pretrial deadlines were established;

Plaintiffs filed their operative Supplemental Complaint on July 17, 2018 (ECF No. 68);

The parties participated in settlement conferences with the Court on November 28, 2018, December 12, 2018, December 19, 2018, January 7, 2019, and January 22, 2019.

The Court directed the parties in a further Case Management Conference on January 30, 2019 to submit a stipulation with a revised scheduling order further continuing the trial date and all pretrial deadlines by approximately two months;

The Court further extended the trial date and all associated pretrial deadlines on February 20, 2019 pursuant to the parties' stipulation (ECF Nos. 99 and 100);

The parties attended a further Case Management Conference with the Court on May 14, 2019 when the Court granted plaintiffs' request to extend the Fact Discovery Cut-off date to July 19, 2019, and scheduled another settlement conference for June 10, 2019;

Matthew Lilligren substituted into this case on June 5, 2019 as one of the lead attorneys for Defendants County of Sonoma and Sonoma County Community Development Commission, following the departure of Christopher Magaña from the Sonoma County Counsel's office in the beginning of June, and has requested that the parties accommodate his late entry into the case with a short extension of the current Fact and Expert Discovery Deadlines;

The Court held telephonic settlement conferences with defendants and plaintiffs on June 10, 2019,  extended the deadline for disclosure of expert reports to July 19, 2019, and ordered

defendants to circulate a draft settlement proposal for further consideration by plaintiffs; at the Court's direction, the time to do so has been extended;

The Parties, in anticipation of working on a draft settlement proposal with the Court, therefore respectfully request a short extension of the approaching Fact and Expert Discovery Deadlines to accommodate the request made by the County and CDC's new counsel and the ongoing settlement discussions.

Further extension of the fact and expert discovery deadlines will not alter the previously established trial date or pretrial motion deadlines.

IT IS THEREFORE STIPULATED as follows:

1. Fact Discovery Cut-off is continued from July 19, 2019 to August 16, 2019;

2. The Deadline for Disclosure of Opening Expert Reports is continued from July 19, 2019 to August 23, 2019;

3. The Deadline for Disclosure of Rebuttal Expert Reports is continued from July 26, 2019 to September 13, 2019;

4. Expert Discovery Cut-off is continued from September 27, 2019 to October 18, 2019; and

5. The Trial Date and all remaining Pretrial Deadlines remain as previously set by the Court.

///

Date: June 20, 2019                    BRUCE D. GOLDSTEIN, County Counsel

                                       By:_____/s/_____
                                       MATTHEW R. LILLIGREN
                                       Attorneys for Defendants
                                       County of Sonoma; Sonoma County
                                       Community Development Commission


Date: June 20, 2019                    SUE A. GALLAGHER, City Attorney

                                       By:_____/s/_____
                                       ROBERT L. JACKSON
                                       Attorneys for City of Santa Rosa


Date: June 20, 2019                    CALIFORNIA RURAL LEGAL
                                       ASSISTANCE, INC.


                                       By: ___/s/_____
                                       JEFFERY HOFFMAN
                                       Attorneys for Plaintiffs

—4—

(Additional Counsel for Plaintiffs continued)

Melissa A. Morris, SBN: 233393
Michael Rawson, SBN: 95868
PUBLIC INTEREST LAW PROJECT
449 15th Street, Suite 301
Oakland, CA  94612
Tel: (510) 891-9794; Fax: (510) 891-9727
Email: mmorris@pilpca.org
       mrawson@pilpca.org

Cynthia L. Rice, SBN: 87630
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin Street, Suite 103
Oakland, CA 94612
Telephone: (510) 267-0762; Fax: (510) 267-0763
Email: crice@crla.org

Ilene J. Jacobs, SBN: 126812
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street / P.O. Box 2600
Marysville, CA 95901
Telephone: (530) 742-7235; Fax: (530) 741-0854
Email: ijacobs@crla.org

Attorneys for Plaintiffs

ECF ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I, Matthew R. Lilligren, attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

# [PROPOSED] ORDER

The Court having considered the Stipulation and [Proposed] Order to Extend Fact Discovery Cut-Off and Expert Discovery Deadlines, ORDERS as follows:

1. Fact Discovery Cut-off is continued to August 16, 2019;
2. The Deadline for Disclosure of Opening Expert Reports is continued to August 23, 2019;
3. The Deadline for Disclosure of Rebuttal Expert Reports is continued to September 13, 2019;
4. Expert Discovery Cut-off is continued to October 18, 2019; and
5. The Trial Date and all remaining Pretrial Deadlines remain as previously set by the Court:

| | |
|---|---|
| Last Day for Hearing on Dispositive Motions | December 19, 2019 |
| Final Pretrial Conference | February 19, 2020 |
| Trial Begins | March 9, 2020 |

The Court previously ordered, the following extensions of time:

1. Extension of time for Defendants to answer or otherwise respond to Plaintiffs' complaint (ECF No. 43).
2. Extension of time for Plaintiffs to amend their Complaint, and for Defendants to respond (ECF No. 45).
3. Extension of time for Defendants to answer or otherwise respond to Plaintiffs' First Amended Complaint (ECF No. 62).
4. Extension of time for Defendant City of Santa Rosa to answer the Supplemental Complaint. (ECF No. 85).
5. Extension of all litigation deadlines (ECF No. 100).

—1—

6. Extension of close of fact discovery (ECF No. 103).

7. Extension of deadline for initial expert reports (ECF No. 105).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____   _____

Hon. Vince Chhabria
United States District Court Judge

—2—