UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLLE VANNUCCI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, et al.,<br><br>    Defendants. | Case No. 18-cv-01955-VC<br><br>**ORDER STAYING LITIGATION** |

This case began in March of 2018, when the plaintiffs sought a temporary restraining order to prevent the closure of a homeless encampment in Santa Rosa, CA. The Court denied that request, but noted that future enforcement actions against homeless people in Sonoma County might be restricted by the absence of adequate shelter. *See Drake v. Cty. of Sonoma*, 304 F. Supp. 3d 856, 857-58 (N.D. Cal. 2018).

In an effort to pursue policy solutions to the claims underlying this lawsuit, assess the viability of a permanent settlement, and await possible clarification of the law in this area, the parties have stipulated to the preliminary injunction filed in conjunction with this order. The injunction governs certain enforcement actions against homeless people, the storage of their belongings, and the process for providing accommodations to people with disabilities in homeless shelters.

The preliminary injunction will be in effect from August 12, 2019, to June 30, 2020, and litigation is stayed until the termination of the injunction. Unless the parties reach a final settlement agreement while this injunction is in place, the stay will then be lifted and the

plaintiffs' claims will be litigated.

The Court commends both sides on their hard work and good faith, which have resulted in a framework that could be of great benefit to the community and has the potential to serve as a model for resolution of similar disputes in other jurisdictions.

**IT IS SO ORDERED.**

Dated: July 12, 2019

VINCE CHHABRIA
United States District Judge