UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNUCCI NICHOLLE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-01955-VC<br><br>**ORDER RE: REQUEST FOR IMMEDIATE ENFORCEMENT OF INJUNCTION**<br><br>Re: Dkt. No. 115 |

　　　　On the current record, it is unclear whether there is a significant danger that the defendants will violate the terms of the stipulated preliminary injunction in clearing the encampment at the Joe Rodota Trail. The Court is therefore tentatively of the view that it would not be appropriate for the Court to adjudicate the question of compliance before the encampment is cleared. Nonetheless, the defendants are ordered to file a response by 8:00 a.m. on Wednesday, January 29, 2020. The plaintiff may file a reply by 12:00 p.m. on Wednesday, January 29, 2020.

　　　　If the Court concludes, upon receipt of these submissions, that it should not interfere with the defendants' effort to clear the encampment, this decision will not preclude the plaintiffs from seeking relief after the fact, including contempt sanctions should the defendants systematically violate the terms of the injunction.

　　　　**IT IS SO ORDERED.**

Dated: January 28, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge