UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLLE VANNUCCI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-01955-VC<br><br>**ORDER RE EVIDENTIARY HEARING** |

In light of the current public health crisis, the hearing scheduled for April 20, and all filing deadlines associated with it, are vacated. In lieu of that hearing, a telephonic status conference will take place on Wednesday, April 22, 2020, at 10:30 a.m., to discuss rescheduling. In addition, the Court requests that the parties consider stipulating to a short extension of the injunction period to allow the Court and the parties adequate time to sort matters out before the injunction sunsets.

Plaintiff is ordered to email to the Court (vccrd@cand.uscourts.gov) and opposing counsel a telephone conference line to use for the conference by no later than April 20, 2020.

**IT IS SO ORDERED.**

Dated: March 16, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　United States District Judge