UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNUCCI NICHOLLE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, et al.,<br><br>    Defendants. | Case No. 18-cv-01955-VC<br><br>**ORDER EXTENDING STIPULATED PRELIMINARY INJUNCTION AND STAY OF LITIGATION**<br><br>Re: Dkt. No. 109 |

Pursuant to the stipulation of the parties, the preliminary injunction, Dkt. No. 109-1, is extended for a period of six months to December 31, 2020. The litigation remains stayed until the termination of the injunction.

**IT IS SO ORDERED.**

Dated: May 19, 2020

VINCE CHHABRIA
United States District Judge