1 SUE A. GALLAGHER, City Attorney (SBN 121469)
ROBERT L. JACKSON, Assistant City Attorney (SBN 101770)
2 City of Santa Rosa
100 Santa Rosa Avenue, Room 8
3 Santa Rosa, California 95404
Telephone:  (707) 543-3040
4 Facsimile:  (707) 543-3055

5 Attorneys for Defendant City of Santa Rosa

6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA - San Francisco Division**

10

11 NICHOLLE VANNUCCI, ELLEN
BROWN and DEBORAH DRAKE,
12 individuals; and HOMELESS ACTION!,
an unincorporated
13 association,

14          Plaintiffs,

15         v.

16 COUNTY OF SONOMA, SONOMA
COUNTY COMMUNITY
17 DEVELOPMENT COMMISSION, CITY
OF SANTA ROSA, and DOES I to XX,
18
         Defendants.
19 _____/

CASE NO. 3:18-CV-01955-VC

**DECLARATION OF SUE A.
GALLAGHER IN OPPOSITION
TO MOTION TO ENFORCE AND
CLARIFY PRELIMINARY
STIPULATED INJUNCTION**

Date:   December 3, 2020
Time:   10:00 a.m.
Ctrm:   4, 17th Floor
Judge:  The Hon. Vince Chhabria

20

21     I, Sue A. Gallagher, declare as follows:

22     1.    I have personal knowledge of the facts set forth in this declaration and if called as

23 a witness could and would competently testify thereto.

24     2.    I am the City Attorney for the City of Santa Rosa. I am a member of and regularly

25 attend the Homeless Action Team (HAT) and Homeless Encampment Assistance Program

26 (HEAP) team meetings. I work closely with Rob Jackson, the Assistant City Attorney in our

27 office tasked with defense of this lawsuit. I advise the Mayor and the City Council on the legal

28 aspects of the City's efforts to address crisis of homelessness in Santa Rosa.

1

1      3.      On Thursday, May 21, 2020 I conferred with Bruce Goldstein, County Counsel

2 for Sonoma County regarding the City's proposed enforcement and efforts to close  growing

3 homeless encampments. The City was cognizant of CDC COVID 19 Guidelines discouraging

4 closure of  homeless encampments, but was finding health, fire and safety hazards at

5 encampments in Doyle Park and in Highway 101 underpasses were escalating dramatically. I

6 spoke with Mr. Goldstein to elicit if the County, particularly the County Health Officer,

7 understood the competing health and safety concerns with which we were faced, our focus on the

8 welfare of  the residents at the encampments, as well as the community at large, and to elicit  if

9 the County, the County Department of Health, or the County Public Health Officer had any

10 objections with closure of the encampments. Mr. Goldstein advised me that he understood the

11 situation and that the County Counsel, County Health Department and County Public Health

12 Officer had no objection.

13      I declare under penalty of perjury under the laws of the State of California that the

14 foregoing is true and correct.

15      Executed on November 3, 2020, Santa Rosa, California.

16

17                       SUE A. GALLAGHER

18

19

20

21

22

23

24

25

26

27

28