SUE A. GALLAGHER, City Attorney (SBN 121469)
ROBERT L. JACKSON, Assistant City Attorney (SBN 101770)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendant City of Santa Rosa

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - San Francisco Division

| | |
|---|---|
| NICHOLLE VANNUCCI, ELLEN BROWN and DEBORAH DRAKE, individuals; and HOMELESS ACTION!, an unincorporated association,<br><br>           Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION, CITY OF SANTA ROSA, and DOES I to XX,<br><br>           Defendants. | CASE NO. 3:18-CV-01955-VC<br><br>**DECLARATION OF KELLI KUYKENDALL IN OPPOSITION TO MOTION TO ENFORCE AND CLARIFY PRELIMINARY STIPULATED INJUNCTION**<br><br>Date: December 3, 2020<br>Time: 10:00 a.m.<br>Ctrm: 4, 17th Floor<br>Judge: The Hon. Vince Chhabria |

I, Kelli Kuykendall, declare as follows:

1. I am the Homeless Services Manager for the City of Santa Rosa. I have personal knowledge of the facts set forth in this declaration and if called as a witness could and would competently testify thereto.

2. As the Homeless Services Manager within the Department of Housing and Community Services I assist Director David Gouin in management of the various policies and programs the City has underway to assist those experiencing homelessness. Either I or Mr. Gouin chair meetings of the Homeless Action Team ("HAT") and the Homeless Encampment Assistance Program ("HEAP"), policy and operational teams, respectively, organized to

1

coordinate the City's response to homelessness. I also work closely with Jennielynn Holmes, the Director of Catholic Charities who, per contracts with the City, operates our Samuel L. Jones Hall Homeless Shelter, the Family Support Center, the Homeless Services Center, the Homeless Outreach Services Team ("HOST") who provide outreach to individuals experiencing homelessness, and COVID-19 programs, including the Safe Social Distancing Program and Non-Congregate Shelter (hotel rooms).

3. Our Homeless Encampment Assistance Program has been in place for several years. It is a multi-disciplinary team focused on a compassionate approach to address the health, safety, and shelter needs of persons living in encampments and to ease impacts to surrounding communities. It began as a means by which to assess where encampments existed and what conditions were present requiring our assistance. The City prioritizes encampments based on the following criteria: the number of individuals estimated at the site and an assessment of their vulnerability due to living outdoors, associated health, safety, and fire risks, and property ownership.

4. HEAP is comprised of representatives from police command staff, the DET, Fire, Parks, Water, Public Works, as well as a representative from Catholic Charities. HEAP meets every week to discuss known encampments, prioritize which to address and how best to do so.

5. As the "A" in HEAP says, HEAP is intended to be more than a means by which to resolve encampments. Our mission is to "assist" those in encampments by leading our efforts with outreach, engagement and the provision of services and continuing this approach following the resolution of each encampment. This has been particularly important since the COVID pandemic began in February and March. The City is aware of CDC Guidelines regarding the unsheltered homeless and we have encouraged those in encampments to set up their tents with at least 12' by 12' space between and provided masks as resources allowed as well as sanitary facilities to help prevent the spread of COVID-19. The Finely Center Social Distancing site described in Mr. Gouin's declaration was specifically designed to provide such an option to individuals in crowded encampments. Changes in the layout of our Samuel Jones shelter were also made with this in mind.

6. Working with our counterparts at the County, and mindful of CDC Guidelines recommending encampments, as much as possible, have hygienic bathroom and handwashing facilities, the HEAP committee canvassed the various encampments in the City of which we were aware, as well as locations in the community where individuals experiencing homelessness frequented, to determine how best to distribute porta-potties and hand washing stations. We placed two units at Prince Memorial Greenway, three units at Corporate Center Parkway, one unit at the Bennett Valley Senior Center, two units in the City Hall parking lot, two in the Highway 101 underpasses, one near the College Avenue underpass, one at West Steele Lane and Guerneville Road, one at South A Street and Earle, one in the 6th Street underpass, two units at the Homeless Services Center and one at Fremont Park, later supplemented with two more. These units were regularly serviced and cleaned and remained on site until such time as encampments were closed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 4, 2020, Santa Rosa, California.

*Kelli Kuykendall*
KELLI KUYKENDALL