JEFFERY HOFFMAN, SBN: 118768
ALICIA ROMAN, SBN: 260101
California Rural Legal Assistance, Inc.
1160 N. Dutton Avenue, Suite 105
Santa Rosa, CA 95401
Telephone: (707) 528-9941
Fax: (707) 528-0125
Email: jhoffman@crla.org,
aroman@crla.org

Attorneys for Plaintiffs
(Additional Counsel for Plaintiffs continued on last page.)

SUE A. GALLAGHER, City Attorney (SBN 121469)
ROBERT L. JACKSON, Assistant City Attorney (SBN 101770)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Tel: (707) 543-3040; Fax: (707) 543-3055

Attorneys for Defendant City of Santa Rosa

ROBERT H. PITTMAN #172154
County Counsel
MATTHEW LILLIGREN #246991
Deputy County Counsel
JOSHUA A. MYERS #250988
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
Email: matthew.lilligren@sonoma-county.org

Attorneys for Defendants
SONOMA COUNTY; SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICHOLLE VANNUCCI, ELLEN BROWN, and SHANNON HALL, individuals; and HOMELESS ACTION!, an unincorporated association,<br><br>            Plaintiffs,<br><br>vs.<br><br>COUNTY OF SONOMA, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION, CITY OF SANTA ROSA, Does 1 to 10, et al.**,**<br><br>            Defendants. | Case No. 18-CV-01955-VC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:   Hon. Vince Chhabria<br><br>Case Management Conference: November 17, 2020, 12:45 p.m. |

—1—

Plaintiffs NICHOLLE VANNUCCI, ELLEN BROWN, and SHANNON HALL, as individuals, and HOMELESS ACTION!, an unincorporated association (Plaintiffs) and Defendants COUNTY OF SONOMA, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION, and CITY OF SANTA ROSA (Defendants) submit this Joint Case Management Statement in advance of the November 17, 2020, Case Management Conference to discuss whether an evidentiary hearing is needed for Plaintiffs' motion to enforce and clarify the Preliminary Stipulated Injunction in this case.

**Plaintiffs' Position**

Plaintiffs believe that the briefing and documentary evidence before the Court, including Plaintiffs' Reply due November 12, 2020, will provide sufficient basis for the Court to grant the relief sought in Plaintiffs' motion.

Plaintiffs would also like to discuss the Injunction's expiration on December 31, 2020. Since the parties have not yet reached a long-term resolution of this case, Plaintiffs suggest an additional sixth-month extension of the Preliminary Stipulated Injunction, as well as a mediation session to be scheduled after the Court has ruled on Plaintiffs' motion. Plaintiffs proposed the extension and mediation to Defendants via email on Monday, November 2, 2020.

**Defendant City of Santa Rosa's Position**

Defendant City believes that an evidentiary hearing is necessary if the plaintiffs seek or the court is inclined to make a finding that an individual officer acted in disregard of a court order. In that event, we would wish to cross examine the plaintiffs' witness, present the officer's testimony and, if available, submit body worn camera video. As it does not seem that plaintiffs seek such a finding and only seek clarification going forward, defendant City does not see a need for an evidentiary hearing.

As to an extension of the Injunction for an additional six months after the current expiration date on December 31, defendant City may well opt to do so, but cannot now so stipulate. Once we have benefit of the Court's ruling on the plaintiffs' motion on December 3, we can brief the City Council at a closed session on December 8 and then advise the Court if we have authority to do so. Defendant City would suggest either a further Case Management Conference after December 8, perhaps December 15 or, as we have done in the past, the Court might set a date and time by which all parties advise the Court whether they are willing to stipulate to an extension or not.

**Defendant County of Sonoma and Sonoma County CDC's Position**

Defendants County of Sonoma and Sonoma County Community Development Commission (CDC) will defer to the City regarding the need for an evidentiary hearing as to plaintiffs' challenges to the City's enforcement efforts. As to plaintiffs' request for clarification regarding the terms of the Injunction, the County and CDC believe these issues can be resolved by the Court based on the parties' papers and any argument presented during the hearing on plaintiffs' motion.

As to an extension of the Injunction for an additional six months beyond the current expiration date of December 31, 2020, defendants County and CDC are considering plaintiffs' request but cannot stipulate to an extension at this time. Defendants will first need to review the Court's ruling on the plaintiffs' motion to see whether plaintiffs' request for clarification results in any substantial changes to the terms of the Injunction, and subsequently, discuss the matter in closed session once Defendants' have the benefit of the Court's order.

Date: November 10, 2020         CALIFORNIA RURAL LEGAL
                                ASSISTANCE, INC.

                                By: ___/s/_____

                                JEFFERY HOFFMAN
                                Attorneys for Plaintiffs


Date: November 10, 2020         ROBERT H. PITTMAN, County Counsel

                                By: _____/s/_____

                                MATTHEW R. LILLIGREN
                                Attorneys for Defendants
                                County of Sonoma; Sonoma County
                                Community Development Commission


Date: November 10, 2020         SUE A. GALLAGHER, City Attorney

                                By: _____/s/_____

                                ROBERT L. JACKSON
                                Attorneys for City of Santa Rosa

—4—

(Additional Counsel for Plaintiffs continued)

Melissa A. Morris, SBN: 233393
Michael Rawson, SBN: 95868
PUBLIC INTEREST LAW PROJECT
449 15th Street, Suite 301
Oakland, CA 94612
Tel: (510) 891-9794; Fax: (510) 891-9727
Email: mmorris@pilpca.org
          mrawson@pilpca.org

Ilene J. Jacobs, SBN: 126812
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street / P.O. Box 2600
Marysville, CA 95901
Telephone: (530) 742-7235; Fax: (530) 741-0854
Email: ijacobs@crla.org

Attorneys for Plaintiffs

ECF ATTESTATION

      In accordance with Civil Local Rule 5-1(i)(3), I, Jeffery Hoffman, attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 18-CV-01955-VC