UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLLE VANNUCCI, JUANITA BUTTERFLY, and STEPHANIE SOMERSALL, individuals; and HOMELESS ACTION!, an unincorporated association,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SONOMA, SONOMA COUNTY COMMUNITY DEVELOPMENT COMMISSION, CITY OF SANTA ROSA, Does 1 to 10, et al.,<br><br>　　　　　Defendants. | Case No. 18-CV-01955-VC<br><br>[PROPOSED] ORDER CONTINUING LITIGATION DEADLINES  AS MODIFIED<br><br>Judge:　Hon. Vince Chhabria |

**[PROPOSED] ORDER**

The Parties have stipulated to continue the litigation deadlines in this case. The current and proposed dates and deadlines for this case are:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Further Case Management Statement Due | 9/15/2023 | 10/20/2023 |
| Further Case Management Conference | 9/22/2023 | 10/27/2023 |
| Close of Fact Discovery | 10/13/2023 | 11/22/2023 |
| Opening Expert Reports | 10/31/2023 | 12/12/2023 |
| Rebuttal Expert Reports | 12/1/2023 | 1/12/2024 |
| Close of Expert Discovery | 12/15/2023 | 1/26/2024 |
| Plaintiff MSJ | 12/21/2023 | 2/1/2024 |
| Defendant MSJ Opening/Opposition | 1/12/2024 | 2/23/2024 |
| Plaintiff MSJ Opposition/Reply | 2/2/2024 | 3/8/2024 |

| | | |
|---|---|---|
| Defendant MSJ Reply | 02/16/2024 | 3/29/2024 |
| MSJ Hearing | 3/7/2024 | 4/18/2024 |
| Final Pre-Trial Conference | 8/27/2024 | 8/27/2024 |
| Trial Begins | 9/9/2024 | 9/9/2024 |

Pursuant to the stipulation among the parties and good cause appearing, the Court modifies the litigation schedule in this case as follows:

1. The close of fact discovery is continued from October 13, 2023 to November 22, 2023.
2. Opening expert reports are due December 12, 2023.
3. Rebuttal expert reports are due January 12, 2024.
4. Close of expert discovery is continued from December 15, 2023 to January 26, 2024.
5. Plaintiffs' Motion for Summary Judgment is due February 1, 2024.
6. Defendants' Opening and Opposition Summary Judgment briefs are due February 23, 2024.
7. Plaintiffs' Summary Judgment Opposition and Reply brief is due March 8, 2024.
8. Defendants' Summary Judgment Reply briefs are due March 29, 2024.
9. Hearing on all Summary Judgment motions is continued from March 7, 2024, to April 18, 2024 at 10:00 a.m.
10. Pretrial conference remains scheduled for August 27, 2024.
11. Jury trial remains scheduled for September 9, 2024.

In the case management statement to be filed on October 20, the parties should discuss whether, if the Supreme Court grants cert in the Grants Pass case, this case should be stayed pending a ruling from the Court on the 8th Amendment issues.

IT IS SO ORDERED.

September 13, 2023



_____
VINCE CHHABRIA
United States District Judge

—2—
[PROPOSED] ORDER CONTINUING LITIGATION DEADLINES
CASE NO. 18-CV-01955-VC